UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | **SECTION: "D"** |
| **RYAN J. HARRIS**<br>     a/k/a "Red"<br>**SEAN D. ALFORTISH**<br>**VANESSA MOTTA**<br>**MOTTA LAW, LLC**<br>**JASON F. GILES**<br>**THE KING FIRM, LLC**<br>**LEON M. PARKER**<br>     a/k/a "Chunky"<br>**DIAMINIKE F. STALBERT**<br>**CARL G. MORGAN**<br>**TIMARA N. LAWRENCE** | *<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>* | |

\*   \*   \*

## ORDER

Considering the *Government's Motion and Incorporated Memorandum in Support to Unseal the Superseding Indictment*;

**IT IS HEREBY ORDERED** that the Government's motion be and is hereby **GRANTED** and that the Clerk of Court for the Eastern District of Louisiana unseal the Indictment in the above-captioned matter.

New Orleans, Louisiana this __9th__ day of December, 2024.

_____
HONORABLE MICHAEL B. NORTH
CHIEF U.S. MAGISTRATE JUDGE