MINUTE ENTRY
JANUARY 6, 2025
ROBY, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| JASON F. GILES | SECTION: D |

INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT (WITH) WITHOUT COUNSEL  Retained: David Courcelle

_____  X  ASSISTANT U.S. ATTORNEY  Brian Klebba
_____  INTERPRETER  _____
Designated by Court and sworn.   Time: _____ .M to _____ M.

___/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / DEFENDANT WAS ADVISED OF HER RIGHTS

X / READING OF THE SUPEREDING INDICTMENT WAS:
(READ) WAIVED   SUMMARIZED

X / DEFENDANT INFORMED THE COURT THAT COUNSEL (HAS BEEN) WOULD BE RETAINED

___/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

___/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

___/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 08

☒/ BOND SET AT  $100,000 unsecured bond

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

See attached additional conditions of release

_/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

☒ DEFENDANT RELEASED ON BOND

_/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ ARRAIGNMENT IS SET FOR _____

_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

_/ THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

*[signature]*

DEFENDANT'S NAME: __JASON GILES__    CASE NO. __24-105__

## ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:

- [x] a) submit to supervision by and report for supervision to __US PROBATION__
- [ ] b) continue or actively seek employment
- [x] d) surrender any passport to __U.S. Probation__
- [x] e) not obtain a passport or other international travel document
- [x] f) abide by the following travel restrictions: Continental U.S. [ ] EDLA [ ] LA [x]
  Other __with allowance to the continental U.S. with prior approval by the U.S. Probation Office.__
- [x] g) avoid all contact with victim [x] witness [x] co-defendants [x]
  Other _____
- [ ] h) mental health evaluation and treatment as directed by U.S. Probation
- [x] k) not possess firearm, destructive device or other weapon
- [ ] l) not use alcohol: at all [ ] excessively [ ]
- [ ] m) not use or unlawfully possess narcotic drug/controlled substances
- [ ] n) submit to testing for a prohibited substance if required by Pretrial Services
- [ ] o) participate in substance abuse treatment as directed by Pretrial Services
- [ ] p) participate in location restriction program:
  - [ ] (i) Curfew
  - [ ] (ii) Home Detention
  - [ ] (iii) Home Incarceration
  - [ ] (iv) Stand Alone Monitoring
- [ ] q) submit to the following location monitoring technology and comply with its requirements as directed:
  - [ ] (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  - [ ] (ii) Voice Recognition; or
  - [ ] (iii) Radio Frequency; or
  - [ ] (iv) GPS.
- [ ] r) pay all or part of the cost of location monitoring as determined by Pretrial Services or supervising officer
- [x] s) report every contact with law enforcement personnel to Pretrial Services
- [ ] t) Other(s): _____