UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 24-105 |
| JASON F. GILES AND THE KING FIRM, LLC, ET AL | SECTION: "D" |

**OPPOSITION TO GOVERNMENT'S MOTION TO CONTINUE TRIAL ON BEHALF OF GILES AND KING FIRM**

Defendants, JASON F. GILES ("Giles) and THE KING FIRM, LLC ("King Firm"), respectfully oppose the Government's Motion to Continue the March 17, 2025 Trial date, with respect, as follows:

First and foremost, Giles and the King Firm maintain their constitutional rights under The Speedy Rights Trial Act and are ready for the trial, currently scheduled for March 17, 2025. Giles and the King Firm do not waive their right to a speedy trial under 18 U.S.C. 3161, and the "ends of justice" served by a continuance do not outweigh the interest of the public and, especially, Giles and the King Firm.

Second, while the discovery is voluminous, much of it does not pertain to Giles and the King Firm. The alleged trial evidence, exhibits, and witnesses pertaining to the charges against Giles and the King Firm are lesser in comparison to the charges against the other co-defendants.

Third, the Government could have indicted Giles and the King Firm in an indictment separate from the others, but instead added Giles and the King Firm to

an already existing Indictment that included murder charges. Clearly, Giles and the King Firm have nothing to do with the alleged murder, and any murder trial will certainly take an extended period of time before that case is ready for trial. The Government indicted Giles and the King Firm and should be ready for trial in March or the soonest possible date. This matter has been under investigation since 2018. Again, Giles and the King Firm are ready for trial on March 17, 2025.

Accordingly, Giles and the King Firm will soon file a Motion to Sever and hereby assert that Giles and the King Firm should be tried alone and separately, especially from the soon to be indicted alleged murder defendants. Giles and the King Firm are willing to go first in the upcoming line of trials.

For the reasons set forth above and herein, defendants, Jason F. Giles and The King Law Firm, LLC, respectfully request that this Honorable Court deny the Government's Motion to Continue Trial, and maintain Giles and the King Firm's right to a speedy trial. Should this Honorable Court grant the Government's requested Motion to Continue, Giles and the King Firm respectfully request that the trial be continued for no more than 30-45 days. Respectfully, the requested September trial date by the Government would certainly violate Giles and the King Firm's rights to a speedy trial.

Respectfully submitted,

**LAW OFFICE OF DAVID I. COURCELLE, LLC**
3500 N. Causeway Blvd., Suite 185
Metairie, Louisiana 70002
Telephone: (504) 828-1315
Telecopier: (504) 828-1379

By: */s/ Scott C. Stansbury*
DAVID I. COURCELLE (La. Bar No. 23696)
SCOTT C. STANSBURY (La. Bar No. 34777)
dcourcelle@courcellelaw.com
sstansbury@courcellelaw.com
*Attorneys for defendant, Jason F. Giles and The King Firm, LLC*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 24-105 |
| JASON F. GILES AND THE KING LAW FIRM, LLC | SECTION: "D" |

CERTIFICATE OF SERVICE

     I hereby certify that on March 3, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties who have registered to receive electronic notification.

*/s/ Scott C. Stansbury*
SCOTT C. STANSBURY
Louisiana Bar No. 34777
Attorney for defendant, Jason F. Giles and
The King Law Firm, LLC
LAW OFFICE OF DAVID I. COURCELLE, LLC
3500 N. Causeway Blvd., Suite 185
Metairie, Louisiana 70002
Telephone: (504) 828-1315
Telecopier: (504) 828-1379