MINUTE ENTRY
VITTER, J.
MARCH 19, 2025
JS10, 0:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105-ALL |
| RYAN HARRIS<br>JOVANNA R. GARDNER<br>SEAN D. ALFORTISH<br>VANESSA MOTTA<br>MOTTA LAW, LLC<br>JASON F. GILES<br>LEON M. PARKER<br>DIAMINIKE F. STALBERT<br>CARL G. MORGAN<br>TIMARA N. LAWRENCE | SECTION: D (1) |

<b><u>TELEPHONE STATUS CONFERENCE REPORT</u></b>

On March 19, 2025, at the Government's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**[1]

**Matthew R. Payne, Brian M. Klebba, Mary Katherine Kaufman, Ryan McLaren**
Counsel for the Government

**Shaun G. Clarke**
Counsel for Sean D. Alfortish

**Sean M. Toomey, Michael Rubenstein**[2]

---

[1] Hester R. Hilliard, counsel for Diaminike F. Stalbert, did not participate in the conference. Ms. Hilliard sent an email to the Court on the morning of the conference to advise the Court that she was waiving her appearance at the conference due to a scheduling conflict. The Court further notes that the Order scheduling the status conference advised that counsel for Ryan Harris and Jovanna Gardner were not required to participate in the conference. R. Doc. 215.

[2] Rubenstein is not enrolled as counsel of record for Vanessa Motta or Motta Law, LLC, but no other party voiced an objection to his participation in the conference.

Counsel for Vanessa Motta and Motta Law, LLC

**David I. Courcelle and Scott C. Stansbury**
Counsel for Jason F. Giles and King Firm, LLC

**Stephen J. Haedicke**
Counsel for Leon M. Parker

**Michael G. Raspanti**
Counsel for Carl G. Morgan

**Rachel M. Yazbeck**
Counsel for Timara N. Lawrence

During the conference, the Court discussed with counsel concerns raised by the Government regarding defense counsel's compliance with Local Criminal Rule 53.3(F). While the Court recognizes the parties' first amendment rights, it also demands compliance with the local rules and the Protective Order entered in this case.[3] The Court will not have this case tried in the public; that is solely the responsibility of the jury. As such, the Court instructed each counsel to inform their client(s) of the Local Criminal Rules and the Court's discussion of Local Criminal Rule 53.3. Any further transgressions should be brought to the Court's attention immediately.

New Orleans, Louisiana, March 19, 2025.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[3] See Local Criminal Rule 53.3 & R. Doc. 38.