UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 24-105 |
| RYAN J. HARRIS, ET AL | SECTION: "D" (1) |

OPPOSITION TO GOVERNMENT'S MOTION TO CONTINUE HEARING
ON BEHALF OF GILES AND KING FIRM

    Defendants, JASON F. GILES ("Giles) and THE KING FIRM, LLC ("King Firm"), respectfully oppose the Government's Motion to Continue the April 1, 2025, hearing on Giles and the King Firm's Motion to Sever, with respect, as follows:

    The Government's basis for a continuance is two-fold: (a) the Government has stated that other parties may file a severance; and (b) the Government has argued that a hearing on the issue of forfeiture by wrongdoing is needed prior to adjudication of the severance.

    First, there is no indication at this time that any other party will definitely file for a severance. Notably, when the Court expressed its preference to have any Motions to Sever heard all together at one time, no other party stated that they would file a severance.

    Second, any ruling by this Court on the hearsay statements related to forfeiture by wrongdoing will not have a significant impact on Giles and the King Firm's Motion to Sever. Although Giles and the King Firm do assert that any

statements by Cornelius Garrison should not be admitted at trial as to Giles and the King Firm, that issue does not need to be decided now, in order to determine whether a severance should be granted. The overwhelming amount of prejudice to Giles and the King Firm would come from being tried alongside murder defendants in a potentially capital case, where Giles and the King Firm by all accounts had nothing to do with the murder.

Third, Leon Parker ("Parker"), a co-defendant anticipating a superseding indictment on capital charges, has stated that he cannot agree to the current deadlines and will likely move for continuance of the September 8, 2025 trial date. In fact, Parker asserts that a severance could alleviate the existing and anticipated scheduling conflicts (*see* Doc. 223-1, p. 10, fn. 1). Simply put, it appears clear that Parker and Sean Alfortish ("Alfortish") will be tried for murder and upon information and belief, may be entitled to more time to prepare their defense, beyond the scheduled September 8, 2025 trial date. Giles and the King Firm should not be included in any trial with either defendant, and are entitled to a speedy trial. Accordingly, Giles and the King Firm should be severed from any trial involving Parker and/or Alfortish.

Lastly, in the spirit of compromise, counsel for Giles and the King Firm did propose to the Government a new date of April 22, 2025 to hear the Motion to Sever, allowing for more time to see if anyone else files for a severance, and allowing the Government more time to respond.

For the reasons set forth above and herein, defendants, Jason F. Giles and The King Law Firm, LLC, respectfully request that this Honorable Court deny the Government's Motion to Continue the hearing on Giles and the King Firm's Motion to Sever and maintain the hearing date of April 1, 2025. Alternatively, Giles and the King Firm respectfully request that the hearing not be continued past April 22, 2025.

Respectfully submitted,

**LAW OFFICE OF DAVID I. COURCELLE, LLC**
3500 N. Causeway Blvd., Suite 185
Metairie, Louisiana  70002
Telephone:  (504) 828-1315
Telecopier:  (504) 828-1379

By: */s/ Scott C. Stansbury*
DAVID I. COURCELLE (La. Bar No. 23696)
SCOTT C. STANSBURY (La. Bar No. 34777)
dcourcelle@courcellelaw.com
sstansbury@courcellelaw.com
*Attorneys for defendants, Jason F. Giles and The King Firm, LLC*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| versus | CASE NO. 24-105 |
| RYAN J. HARRIS, ET AL | SECTION: "D" (1) |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties who have registered to receive electronic notification.

                        */s/ Scott C. Stansbury*
                        SCOTT C. STANSBURY
                        Louisiana Bar No. 34777
                        Attorney for defendants, Jason F. Giles and
                        The King Law Firm, LLC
                        LAW OFFICE OF DAVID I. COURCELLE, LLC
                        3500 N. Causeway Blvd., Suite 185
                        Metairie, Louisiana  70002
                        Telephone:  (504) 828-1315
                        Telecopier:  (504) 828-1379