UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| JASON F. GILES<br>THE KING LAW FIRM, LLC, ET AL. | SECTION: D (1) |

## ORDER

Considering the Government's Motion to Continue The Hearing Date for the Motion to Sever by Defendants Jason F. Giles and The King Law Firm, LLC (R. Doc. 219), and the Opposition to Government's Motion to Continue Hearing on Behalf of Giles and King Firm (R. Doc. 224);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The Motion to Sever Trial and Defendants on Behalf of Jason F. Giles and The King Law Firm (R. Doc. 216) is hereby **RESET** for **Tuesday, May 27, 2025 at 1:30 p.m.** Any opposition to the Motion to Sever must be filed by **May 19, 2025.**

**IT IS FURTHER ORDERED** that any additional motions to sever must be filed by **Monday, May 5, 2025**, and any opposition thereto must be filed by **May 19, 2025.** The Court will hear any such motions to sever on **Tuesday, May 27, 2025 at 1:30 p.m.,** regardless of the date set by the Clerk's Office.

New Orleans, Louisiana, April 3, 2025.

*[signature]*
**WENDY B. VITTER**
**United States District Judge**