UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 24-105 |
| RYAN J. HARRIS, ET AL | SECTION "D" (1) |

**MEMORANDUM IN OPPOSITION TO
GOVERNMENT'S MOTION TO ADMIT STATEMENTS
UNDER THE FORFEITURE BY WRONGDOING EXCEPTION
ON BEHALF OF GILES AND KING FIRM**

Defendants, JASON F. GILES ("Giles) and THE KING FIRM, LLC ("King Firm"), respectfully oppose the Government's *Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception*.

Although conceded by the Government, Giles and the King Firm, out of an abundance of caution, assert that Cornelius Garrison's ("Garrison") alleged statements against Giles and the King Firm are not admissible pursuant to the "forfeiture by wrongdoing exception," as <u>no</u> evidence exists that Giles and the King Firm had any involvement with Garrison becoming an unavailable witness. (Doc. 227-1, p. 22-23). Accordingly, Giles and the King Firm submit this Memorandum opposing the Government's *Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception*, as Cornelius Garrison's alleged statements regarding Giles and the King Firm are inadmissible hearsay.

Additionally, the Government has indicated that it will seek to admit Garrison's alleged statements against Giles and the King Firm as coconspirator

statements in furtherance of a conspiracy. Giles and the King Firm have requested that the Government provide any and all specific statements by Garrison that it intends to admit at trial against Giles and/or King Firm, which the Government has declined. Accordingly, the Defense anticipates filing additional motion(s) to address these issues, including but not limited to Motion to Compel, Motion in Limine, and/or a Motion for Pre-Trial Determination of Admissibility.

Accordingly, for the foregoing reasons, Giles and the King Firm respectfully pray that this Honorable Court prohibit and exclude any use, reference, evidence, testimony, or argument regarding any of Cornelius Garrison's alleged statements against Giles and the King Firm.

        Respectfully submitted,

**LAW OFFICE OF DAVID I. COURCELLE, LLC**
3500 N. Causeway Blvd., Suite 185
Metairie, Louisiana 70002
Telephone: (504) 828-1315
Telecopier: (504) 828-1379

By: */s/ Scott C. Stansbury*
DAVID I. COURCELLE (La. Bar No. 23696)
SCOTT C. STANSBURY (La. Bar No. 34777)
dcourcelle@courcellelaw.com
sstansbury@courcellelaw.com
*Attorneys for defendants, Jason F. Giles and The King Firm, LLC*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 24-105 |
| RYAN J. HARRIS, ET AL | SECTION "D" (1) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties who have registered to receive electronic notification.

*/s/ Scott C. Stansbury*
SCOTT C. STANSBURY
Louisiana Bar No. 34777
Attorney for defendant, Jason F. Giles and
The King Law Firm, LLC
LAW OFFICE OF DAVID I. COURCELLE, LLC
3500 N. Causeway Blvd., Suite 185
Metairie, Louisiana  70002
Telephone:  (504) 828-1315
Telecopier:  (504) 828-1379