UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 24-105 |
| RYAN J. HARRIS, ET AL | SECTION "D" (1) |

**UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT HEARING
ON BEHALF OF JASON F. GILES AND THE KING FIRM, LLC**

NOW INTO COURT, through undersigned counsel, come defendants, JASON F. GILES ("Giles) and THE KING FIRM, LLC ("King Firm"), who respectfully request that this Honorable Court continue the arraignment hearing currently scheduled for May 14, 2025 at 2:00 p.m. to May 19, 2025 at 2:00 p.m.

Assistant United States Attorney Matthew Payne has been contacted and has no objection to the continuance.

WHEREFORE, defendants, JASON F. GILES ("Giles) and THE KING FIRM, LLC ("King Firm"), respectfully pray that the *Unopposed Motion to Continue Arraignment* be granted.

Respectfully submitted,

**LAW OFFICE OF DAVID I. COURCELLE, LLC**
3500 N. Causeway Blvd., Suite 185
Metairie, Louisiana  70002
Telephone:  (504) 828-1315
Telecopier:  (504) 828-1379

By: */s/ Scott C. Stansbury*
    DAVID I. COURCELLE (La. Bar No. 23696)
    SCOTT C. STANSBURY (La. Bar No. 34777)
    dcourcelle@courcellelaw.com
    sstansbury@courcellelaw.com
    *Attorneys for defendant, Jason F. Giles &*
    *The King Law Firm, LLC*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 24-105 |
| RYAN J. HARRIS, ET AL | SECTION "D" (1) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties who have registered to receive electronic notification.

/s/ Scott C. Stansbury
SCOTT C. STANSBURY
Louisiana Bar No. 34777
Attorney for defendants, Jason F. Giles &
The King Law Firm, LLC
LAW OFFICE OF DAVID I. COURCELLE, LLC
3500 N. Causeway Blvd., Suite 185
Metairie, Louisiana  70002
Telephone:  (504) 828-1315
Telecopier:  (504) 828-1379