UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 24-105 |
| JASON F. GILES<br>THE KING FIRM, LLC. | SECTION "D" (1) |

## ORDER

Considering the foregoing *Unopposed Motion to Continue Arraignment Hearing on behalf of Jason F. Giles and The King Firm, LLC*;

**IT IS ORDERED** that the *Unopposed Motion to Continue Arraignment Hearing on behalf of Jason F. Giles and The King Firm, LLC* is hereby GRANTED; and

**IT IS FURTHER ORDERED** that the arraignment hearing for defendants, JASON F. GILES and THE KING FIRM, LLC, only, currently scheduled for May 14, 2025 at 2:00 p.m. be and is hereby continued and reset to May 19, 2025 at 2:00 p.m.

New Orleans, Louisiana, this 29th day of April, 2025.

_____
UNITED STATES CRIMINAL MAGISTRATE