UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 24-105 |
| RYAN J. HARRIS, ET AL | SECTION "D" (1) |

**MOTION FOR PRE-TRIAL HEARING, ADVANCE PROFFER, AND RULING ON THE ADMISSIBILITY OF ALLEGED CO-CONSPIRATOR STATEMENTS ON BEHALF OF JASON F. GILES AND THE KING LAW FIRM, LLC**

NOW INTO COURT, through undersigned counsel, come defendants, JASON F. GILES ("Giles) and THE KING LAW FIRM, LLC ("King Firm"), who respectfully request that this Honorable Court conduct a pre-trial evidentiary hearing, order the Government to make an advance proffer, and determine the admissibility of Cornelius Garrison's ("Garrison") alleged co-conspirator statements against Giles and the King Firm pursuant to Rule 104(a) and (c) of the Federal Rules of Evidence.

For the reasons set forth in the accompanying Memorandum in Support thereof, Defendants respectfully request that their Motion be granted.

WHEREFORE, defendants, JASON F. GILES ("Giles) and THE KING LAW FIRM, LLC ("King Firm"), respectfully request that this Honorable Court conduct a pre-trial evidentiary hearing outside the presence of the jury pursuant to Rule 104(a) and (c) of the Federal Rules of Evidence, order the Government to make an advance proffer, and determine the admissibility of Cornelius Garrison's alleged co-conspirator statements against Giles and the King Firm.

Respectfully submitted,

**LAW OFFICE OF DAVID I. COURCELLE, LLC**
3500 N. Causeway Blvd., Suite 185
Metairie, Louisiana 70002
Telephone: (504) 828-1315
Telecopier: (504) 828-1379

By: */s/ Scott C. Stansbury*
    DAVID I. COURCELLE (La. Bar No. 23696)
    SCOTT C. STANSBURY (La. Bar No. 34777)
    dcourcelle@courcellelaw.com
    sstansbury@courcellelaw.com
    *Attorneys for defendant, Jason F. Giles &*
    *The King Law Firm, LLC*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 24-105 |
| RYAN J. HARRIS, ET AL | SECTION "D" (1) |

## CERTIFICATE OF SERVICE

     I hereby certify that on May 12, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties who have registered to receive electronic notification.

     */s/ Scott C. Stansbury*
SCOTT C. STANSBURY
Louisiana Bar No. 34777
Attorney for defendant, Jason F. Giles &
The King Law Firm, LLC
LAW OFFICE OF DAVID I. COURCELLE, LLC
3500 N. Causeway Blvd., Suite 185
Metairie, Louisiana 70002
Telephone: (504) 828-1315
Telecopier: (504) 828-1379