UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA　　　　　　　　　CRIMINAL ACTION

VERSUS　　　　　　　　　　　　　　　　　　　NO. 24-105

TIMARA LAWRENCE; THE KING LAW FIRM, LLC;

JASON F. GILES　　　　　　　　　　　　　　　SECTION: D

## ORDER

**IT IS ORDERED** that the Arraignment presently set for May 19, 2025 at 2:00 p.m. is **RESET** to May 21, 2025 at 11:00 a.m. before U.S. Magistrate Judge Michael B. North.

New Orleans, Louisiana this 19th day of May 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE