UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **v.** | * | **SECTION: "D"(1)** |
| **RYAN J. HARRIS, ET AL.** | * | |
| * * * | | |

**GOVERNMENT'S MOTION TO REVOKE BOND FOR DEFENDANT JASON F. GILES, OR ALTERNATIVELY TO MODIFY THE TERMS OF HIS BOND**

**NOW COMES,** the United States of America, through the undersigned attorneys, who respectfully moves this Honorable Court to revoke the bond for defendant Jason F. Giles, or alternatively to modify the terms of his bond, for the reasons set forth in the accompanying sealed memorandum in support.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY


/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on May 29, 2025, I electronically filed the foregoing with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                /s/ *Matthew R. Payne*
                                                MATTHEW R. PAYNE
                                                Assistant United States Attorney