UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-105 |
| v. | * | SECTION: "D"(1) |
| RYAN J. HARRIS, ET AL. | * | |

\*   \*   \*

**NOTICE OF MANUAL ATTACHMENT**

See Government's Memorandum in Support of Its Motion to Revoke Bond for Defendant Jason F. Giles, or Alternatively to Modify the Terms of his Bond, filed under seal.

 

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY


/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney