MINUTE ENTRY
JUNE 11, 2025
ROBY, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                    CRIMINAL ACTION

VERSUS                                                      NO. 24-105

JASON F. GILES                                              SECTION: D

**INITIAL APPEARANCE BOND VIOLATION**

APPEARANCES:  X  DEFENDANT
              X  PREVIOUSLY RETAINED COUNSEL    DAVID COURCELLE/SCOTT STANSBURY
              ___ FPD/CJA COUNSEL PRESENT OR ASSIST DEFENDANT   Mary Katherine
              X  ASSISTANT U.S. ATTORNEY  Brian Klebba,  MATTHEW PAYNE,  Kaufman
              ___ PROBATION OFFICER    KIARA WILLIAMS
              ___ INTERPRETER _____  SWORN
                  (TIME:         .M  to          .M)

___/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

___/ READING OF PETITION/RULE TO REVOKE: READ  SUMMARIZED  WAIVED

___/ DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/WOULD BE RETAINED
___/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
___/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
___/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

___/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

___/ BOND AMENDED: _____

___/ DEFENDANT VOLUNTARILY SURRENDERED THE BOND.
___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
_X_/ DEFENDANT RELEASED ON ORIGINAL/AMENDED BOND
___/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR:

___/ RULE TO REVOKE BOND SET
    **BEFORE U. S. MAGISTRATE JUDGE KAREN WELLS ROBY**
___/ OTHER: _____

MJSTAR: 00:04