UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 24-105 |
| RYAN J. HARRIS, ET AL | SECTION: "D" (1) |

OPPOSITION TO SEAN ALFORTISH'S AND LEON PARKER'S
MOTION TO CONTINUE TRIAL
ON BEHALF OF GILES AND KING FIRM

Defendants, JASON F. GILES ("Giles) and THE KING FIRM, LLC ("King Firm"), respectfully oppose the Motion to Continue Trial filed by co-defendants, Sean Alfortish and Leon Parker, as follows:

Giles and the King Firm maintain their constitutional rights under The Speedy Rights Trial Act, and are ready for the trial, currently scheduled for September 8, 2025. Giles and the King Firm do not waive their right to a speedy trial under 18 U.S.C. 3161 and the Sixth Amendment, and the "ends of justice" served by a continuance do not outweigh the interests of the public and, especially, the interests Giles and the King Firm.

For the reasons set forth above and herein, defendants, Jason F. Giles and The King Law Firm, LLC, respectfully request that this Honorable Court deny the Motion to Continue Trial filed by co-defendants, Sean Alfortish and Leon Parker, and maintain Giles and the King Firm's right to a speedy trial. A continuance of the

September 8, 2025, trial date, for Giles and the King Firm, would certainly violate their rights to a speedy trial.

                Respectfully submitted,

**LAW OFFICE OF DAVID I. COURCELLE, LLC**
3500 N. Causeway Blvd., Suite 185
Metairie, Louisiana  70002
Telephone:  (504) 828-1315
Telecopier:  (504) 828-1379

By: */s/ Scott C. Stansbury*
DAVID I. COURCELLE (La. Bar No. 23696)
SCOTT C. STANSBURY (La. Bar No. 34777)
dcourcelle@courcellelaw.com
sstansbury@courcellelaw.com
*Attorneys for defendant, Jason F. Giles and The King Firm, LLC*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 24-105 |
| RYAN J. HARRIS, ET AL | SECTION: "D" (1) |

CERTIFICATE OF SERVICE

      I hereby certify that on June 24, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties who have registered to receive electronic notification.

                                */s/ Scott C. Stansbury*
                                SCOTT C. STANSBURY
                                Louisiana Bar No. 34777
                                Attorney for defendant, Jason F. Giles and
                                The King Law Firm, LLC
                                LAW OFFICE OF DAVID I. COURCELLE, LLC
                                3500 N. Causeway Blvd., Suite 185
                                Metairie, Louisiana  70002
                                Telephone:  (504) 828-1315
                                Telecopier:  (504) 828-1379