UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 24-105** |
| **RYAN J. HARRIS, ET AL.** | **SECTION: D (1)**<br>**This Order applies to Jason F. Giles, the King Firm, LLC, Vanessa Motta, Motta Law, LLC, and Carl Morgan** |

## ORDER

Considering the Government's Motion to Admit Statements Under the Forfeiture By Wrongdoing Exception (R. Doc. 227), and the three opposition briefs filed by defendants, Jason F. Giles and The King Firm, LLC (R. Doc. 240), Vanessa Motta and Motta Law, LLC (R. Doc. 262), and Carl Morgan (R. Doc. 292), the Court finds that it would be helpful to have a response from the Government.

Accordingly,

**IT IS HEREBY ORDERED** that the Government shall have until **Wednesday, July 9, 2025,** to file a reply brief, limited to ten (10) pages in length, responding to the arguments made in the three opposition briefs.

New Orleans, Louisiana, July 3, 2025.

*[signature]*
**WENDY B. VITTER**
**United States District Judge**