UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| versus | CASE NO. 24-105 |
| RYAN J. HARRIS, ET AL | SECTION: "D" (1) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, come David I. Courcelle, Scott C. Stansbury, and the Law Office of David I. Courcelle, LLC, who suggest to this Honorable Court that they wish to withdraw as counsel of record for defendants, JASON F. GILES ("Giles) and THE KING FIRM, LLC ("King Firm"), and state as follows:

1.

David I. Courcelle has recently been nominated by President Donald J. Trump to serve as the United States Attorney for the Eastern District of Louisiana, and is awaiting potential Senate confirmation.

2.

A hearing on the forfeiture by wrongdoing issue is set for July 15, 2025 at 9:00 a.m., the pretrial conference is set for August 11, 2025 at 12:00 p.m., and the trial is set for September 8, 2025 at 8:00 a.m., of which Giles and the King Firm have been notified and are aware of these court dates.

3.

The present or last known address of JASON F. GILES and THE KING FIRM, LLC's is 2912 Canal Street, New Orleans, Louisiana 70119, his email address is jgiles@kinginjuryfirm.com, and his telephone number is (504) 722-4444.

4.

Giles and the King Firm have been sent a courtesy copy of this Motion via email.

5.

Additionally, Giles and the King Firm respectfully request that an expedited hearing to determine counsel be set.

6.

Assistant United States Attorney Matthew Payne has been contacted and has no objection to this Motion.

WHEREFORE, it is hereby moved that David I. Courcelle, Scott C. Stansbury, and the Law Office of David I. Courcelle, LLC, be withdrawn as counsel of record for defendants, JASON F. GILES and THE KING FIRM, LLC, in the above entitled and numbered litigation, and that an expedited hearing to determine counsel be set.

Respectfully submitted,

*/s/ Scott C. Stansbury*
DAVID I. COURCELLE (La. Bar No. 23696)
SCOTT C. STANSBURY (La. Bar No. 34777)
LAW OFFICE OF DAVID I. COURCELLE, LLC
3500 N. Causeway Blvd., Suite 185
Metairie, Louisiana 70002
Telephone: (504) 828-1315
Telecopier: (504) 828-1379
dcourcelle@courcellelaw.com
sstansbury@courcellelaw.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that JASON F. GILES and THE KING FIRM, LLC have been notified of all deadlines and pending court appearances.

*/s/ Scott C. Stansbury*
SCOTT C. STANSBURY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 24-105 |
| RYAN J. HARRIS, ET AL | SECTION: "D" (1) |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 3, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties who have registered to receive electronic notification.

*/s/ Scott C. Stansbury*
SCOTT C. STANSBURY
Louisiana Bar No. 34777
LAW OFFICE OF DAVID I. COURCELLE, LLC
3500 N. Causeway Blvd., Suite 185
Metairie, Louisiana 70002
Telephone: (504) 828-1315
Telecopier: (504) 828-1379
sstansbury@courcellelaw.com