UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| RYAN J. HARRIS, ET AL. | SECTION: D (1)<br>**This Order applies to all defendants except for Ryan Harris and Jovanna Gardner** |

## ORDER

**IT IS HEREBY ORDERED** that a Telephone Status Conference is scheduled for **Thursday, July 31, 2025 at 1:00 p.m. (CST)** to discuss the Court's July 25, 2025 Order and Reasons (R. Doc. 357) and the pending Motion to Continue Trial and Pretrial Dates (R Doc. 323), including how and when the trial will proceed in this matter. Dial-in information will be emailed to counsel of record.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send Jason F. Giles and The King Firm, LLC a copy of this Order via first-class and certified mail at their addresses of record and by email below.

New Orleans, Louisiana, July 28, 2025.

_Wendy B Vitter_
**WENDY B. VITTER**
**United States District Judge**

**CC via email:**

**Jason F. Giles** <jgiles@kinginjuryfirm.com>

**The King Firm, LLC** <bking@kinginjuryfirm.com>