UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| RYAN HARRIS, ET AL. | SECTION: D (1)<br>**This Order applies to all defendants except for Ryan Harris and Jovanna Gardner** |

## ORDER

**IT IS HEREBY ORDERED** that the hearing scheduled for Tuesday, November 4, 2025 on the Government's Motion to Limit Scope of Evidentiary Hearing Concerning Forfeiture by Wrongdoing (R. Doc. 446) and the hearing scheduled for Thursday, November 6, 2025 on the Government's Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception (R. Doc. 227; *See* R. Doc. 421) are **CANCELLED.**

**IT IS FURTHER ORDERED** that the Court will hold a hearing on the Government's Motion for Rule 15 Deposition (R. Doc. 407) and will hold a separate hearing on the Government's Motion to Limit Scope of Evidentiary Hearing Concerning Forfeiture by Wrongdoing (R. Doc. 446) **on Wednesday, November 12, 2025, beginning at 1:00 p.m. (CST).**

**IT IS FURTHER ORDERED** that any opposition to the Government's Motion to Limit Scope of Evidentiary Hearing Concerning Forfeiture by Wrongdoing (R. Doc. 446) must be filed by **Tuesday, November 4, 2025**, and any reply brief shall be filed by **Friday, November 7, 2025**. The Government's Motion to Limit Scope of

Evidentiary Hearing Concerning Forfeiture by Wrongdoing (R. Doc. 446) shall be deemed submitted on November 7, 2025.

**IT IS FURTHER ORDERED** that the hearing on the Government's Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception (R. Doc. 227) is rescheduled for **Thursday, November 20, 2025 at 9:00 a.m.**

New Orleans, Louisiana, October 31, 2025.

*/s/ Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**