FD-302 (Rev. 5-8-10)



OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 11/19/2020

DANNY PATRICK KEATING JR. (KEATING), date of birth (DOB) [redacted], was interviewed at the United States Attorney's Office located at 650 Poydras Street, New Orleans, Louisiana 70130. Also present for the interview were KEATING's attorney Brian Capitelli, Assistant United States Attorneys Brian Klebba, Shirin Hakimzadeh, Edward Rivera, and Maria Carboni. After being advised of the identity of the interviewing Agents and the nature of the interview, KEATING provided the following information:

KEATING went to De La Salle High School and graduated from Louisiana State University (LSU) School of Law. KEATING worked for Galloway and Johnson for approximately four years beginning in 2001. [redacted]

KEATING represented DARNELL WHEATEN (DARNELL) early in KEATING's personal injury career. HENRY RANDLE (HENRY) and TROY SMITH (TROY) had workers' compensation claims with KEATING as their representation. [redacted].

In April of 2017, KEATING was introduced to DAMIAN LABEAUD (LABEAUD) at the Buffalo Wild Wings in Algiers, LA. STACIE WHEATEN (STACIE) and FLORENCE RANDLE (FLORENCE) introduced KEATING to LABEAUD. Also present for the

UNCLASSIFIED//FOUO

Investigation on 10/23/2020 at New Orleans, Louisiana, United States (In Person)

File # [redacted] Date drafted 10/23/2020

by BROWN BRANDON PIERRE, Robert G. Orvin II, Matthew P. Smith

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; to be distributed outside your agency.

GOVERNMENT EXHIBIT 21

meeting were MARIO SOLOMON (MARIO), TANYA GIVENS (TANYA) and STACIE's younger sister. LABEAUD told KEATING "I'm the guy that made the King Firm, [redacted] get big". LABEAUD and KEATING negotiated the price of accidents LABEAUD brought to KEATING. LABEAUD and KEATING agreed on the following: $1,000 for each adult and $500 for each child in commercial accidents, and $500 for each adult and $250 for each child in standard automobile accidents. The meeting at Buffalo Wild Wings lasted approximately one hour.

After the initial meeting, KEATING knew LABEAUD was staging the accidents. It was LABEAUD's idea to talk about the staged accidents by using "fish" terminology. FLORENCE and STACIE knew about the staged accidents. KEATING paid STACIE for the staged accident on April 27, 2017 involving HERBERT DIGGS (HERBERT), LIONEL DIGGS (LIONEL), KEYEONTAE WHEATEN (KEYEONTAE), and PHOEBE OWENS (PHOEBE). FLORENCE notified KEATING about TROY's accident. KEATING paid STACIE $4,500 for the staged accident involving TROY, [redacted] BERNELL GALE (BERNELL) and MARVEL FRANCOIS (MARVEL). KEATING did not know that LABEAUD was driving the plaintiff vehicles involved in the staged accidents.

KEATING represented the staged accidents because of his financial difficulties during that period. [redacted]

KEATING told LABEAUD to stop staging accidents in the same areas and do not have four people in the vehicle for every staged accident. LABEAUD continued to stage accidents in the same areas after KEATING's warning. KEATING met and signed up staged accident participants at locations such as Cane's, [redacted]. LABEAUD worked with JASON GILES (GILES) and ANTHONY MILAZZO III (MILAZZO) of the King Firm. LABEAUD mentioned BRIAN KING (KING) knew about the staged accidents brought to the King Firm, but did not directly deal with LABEAUD. LABEAUD worked with GILES and MILAZZO when they worked at [redacted] Law Firm.

KEATING paid LABEAUD mostly in cash, except for the two checks KEATING paid LABEAUD early on. KEATING was shown copies of the following checks and responded as follows and are attached in Group A in 1A Package:

Check made out to DAMIAN LABEAUD on June 6, 2017 for $7,500 from Iberiabank KEATING stated the payment was for multiple staged accidents.

Check made out to DAMIAN LABEAUD on June 30, 2017 for $5,000 check number 2078 from the operating account of the Law Offices of D. Patrick Keating. KEATING stated the payment was for staged accidents.

Cashier's check made out to DAMIAN LABEAUD on July 17, 2017 for $15,000 from Chase Bank. The cashier's check was for the purchase of MARIO's truck and an advanced payment for staged accidents.

Cashier's check made out to DAMIAN LABEAUD on September 25, 2017 for $17,000 from Iberibank. KEATING stated this was an advanced payment for staged accidents.

KEATING was shown another set of checks. The check made out to DAMIEN LABEAUD on August 2, 2018 for $5,926.51 from the Offices of D. Patrick Keating IOLTA Trust Account. [redacted] The other checks were payments to KEATING's firm due to cash shortages. Those checks are attached in Group B in 1A Package.

KEATING represented STACIE in multiple accidents including STACIE's 18-wheeler accident in Atlanta, Georgia. [redacted] STACIE called KEATING after being interviewed by the F.B.I. KEATING released many of his cases when the F.B.I. began investigating staged accidents in order to cover himself from prosecution. KEATING did keep two of FLORENCE's accident claims.

KEATING had MARIO sign a release form while MARIO was in jail. MARIO had KEATING make his settlement check for his accident out to [redacted]. The last accident KEATING took from LABEAUD was around May 2018. LABEAUD asked KEATING for a copy of the phone records flagged in fraud accident cases.

KEATING knew GILES through paralegals [redacted]. KEATING met with GILES at Monkey Monkey Coffee and Tea and discussed the Verification of Facts sheet and other proceedings that involved attorney JASON BAER. KEATING and GILES also discussed the F.B.I. investigation in staged accidents and how they could cover themselves from prosecution. KEATING knew GILES's mother paid accident facilitators.

TODD SMITH (TODD) was a paralegal that worked for the King Firm. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Attached in 1A Package was an email between KEATING and TODD and Southern Magnolia Medical's Letter of Protection form.