FD-302 (Rev. 5-8-10)



OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 11/18/2020

RODERICK HICKMAN, date of birth (DOB) [redacted], was interviewed at the US Attorney's Office. Also present during the interview was HICKMAN's defense counsel Clarence Roby. Also participating in the interview was Assistant US Attorneys Brian Klebba, Maria Carboni, Shirin Hakimzadeh, and Edward Rivera. After being advised of the identity of the interviewing Agent and the nature of the interview, HICKMAN provided the following information:

In or around early September 2020, HICKMAN received a letter from the KING FIRM notifying him, HICKMAN's civil suit was being dropped by the KING FIRM. HICKMAN texted a picture of the letter on 09/16/2020, to Roby. Approximately one week after receiving the letter, HICKMAN called [redacted] and asked for his files. Approximately two days later, [redacted] called HICKMAN and told him the case was not dropped. HICKMAN asked [redacted] if the KING FIRM would settle his suit.

On 10/19/2020, at 8:46 AM, HICKMAN received a telephone call from [redacted] at the KING FIRM, which went to HICKMAN's voicemail. [redacted] asked HICKMAN to contact her at the KING FIRM to set up a meeting and talk about his pending civil suit. The call was unexpected and HICKMAN had not been in frequent contact with the KING FIRM prior to this telephone call. HICKMAN called [redacted] and told her he would come in.

HICKMAN went to the KING FIRM believing he was there to discuss his pending civil litigation. When HICKMAN arrived at the KING FIRM, he waited for approximately 20 minutes and was sent into a room. Only JASON GILES came into the room. JASON GILES began asking HICKMAN about his accident. GILES had a note pad and HICKMAN thought they were going through interrogatories related to his civil suit.

The conversation quickly moved into the discussion about the ongoing

Investigation on 11/10/2020 at New Orleans, Louisiana, United States (In Person)

File # [redacted] Date drafted 11/10/2020

by Robert G. Orvin II

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

GOVERNMENT EXHIBIT 22

criminal investigation. HICKMAN did not know JASON GILES recorded the conversation. GILES directed the conversation.

On 03/08/2020, while employed with Legendary Tours, HICKMAN and the bus driver, [redacted] were dropping off and picking up foreigners for plantation tours. [redacted] was stopped at a traffic light on St. Claude Street and Conti Street, in front of St. Jude Church. An unknown passenger car was in the left turn lane. When the light turned green the passenger car occupied by an unknown female did not turn left and attempted to get in front of the bus and caused the collision.

The unknown female claimed the bus rear ended her vehicle. HICKMAN was standing, holding on to the pole in the front of the bus talking with the passengers, when the accident occurred. No police report was filed and the two parties agreed to exchange information. [redacted] believed the unknown female would sue the bus company. [redacted] asked if HICKMAN was injured and HICKMAN claimed he had been thrown and was shaken up as a result of the bus locking up the air brakes. [redacted] asked if HICKMAN had an attorney, and HICKMAN might as well file suit since the unknown female probably would sue the bus company.

[redacted].

HICKMAN was also involved in a hit and run accident on 10/07/2020. The unknown driver, who hit HICKMAN was not discovered. HICKMAN did not file a civil suit with a plaintiff attorney. HICKMAN filed through his insurance company.