FD-302 (Rev. 5-8-10)



OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry 02/24/2021

DANNY PATRICK KEATING JR. (KEATING), date of birth (DOB) [redacted] was interviewed at the United Sates Attorney's Office located at 650 Poydras Street, New Orleans, Louisiana 70131. Also present for the interview were KEATING's attorney Brian Capitelli, Assistant United States Attorneys Brian Klebba, Shirin Hakimzadeh, and Maria Carboni. After being advised of the identity of the interviewing Agents and Senior Financial Investigator Paul Duplessis and the nature of the interview, KEATING provided the following information:

At the beginning of the meeting, KEATING released copies of emails attached in 1A package.

[redacted]

[redacted]

[redacted]

UNCLASSIFIED//FOUO

Investigation on 12/10/2020 at New Orleans, Louisiana, United States (In Person)

File # [redacted] Date drafted 12/11/2020

by BROWN BRANDON PIERRE, Matthew P. Smith, Paul J. DuPlessis

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your age[ncy]; it and its contents are not to be distributed outside your agency.

GOVERNMENT EXHIBIT
24

[redacted] KEATING spoke with SEAN ALFORTISH (ALFORTISH) of Total Medical Concepts once to get remediation.

[redacted]

LABEAUD was introduced to KEATING as JASON GILES' (JASON) driver. KEATING only used LABEAUD and MARIO SOLOMON (SOLOMON) for the staged accident referrals. KEATING did not know who the King Law Firm used for staged accidents except for LABEAUD. [redacted]

KEATING was in three accidents, one on 4/15/2015, one on 5/6/2015, and

one in 11/2020. KEATING hired JASON to represent KEATING in his accidents in 2015, because they had a good relationship. KEATING fired JASON as his attorney and hired [redacted], because [redacted] was taking care of KEATING's other legal affairs. KEATING settled his accidents in 2015 for $250,000. KEATING stated there was not much value in his accident claim, because the accidents were so close together and his accident history. KEATING estimated his two accidents were worth between $500,000 to $750,000, not $1.5 million.

LABEAUD brought staged accidents to KEATING and the King Law Firm. The King Law Firm sent multiple of LABEAUD's staged accidents to the [redacted]. ANTHONY MILAZZO (MILAZZO) sent a number of these cases to [redacted] The King Firm did not charge KEATING for their representation for his accidents, because of their connection with LABEAUD and his staged accidents. Many of the staged accident participants that signed up with the King Law Firm, fired the King Law Firm and went to KEATING, while some participants came to KEATING on their own and some came with LABEAUD.

KEATING was shown a list of staged accidents KEATING agreed were staged and marked which participants were brought in by LABEAUD.

KEATING met with JASON at Monkey Monkey Tea and Coffee to discuss fraud allegations, verification of facts, where LABEAUD was, and should LABEAUD leave town. Knowing LABEAUD's connection to the staged accidents, KEATING and JASON discussed LABEAUD leaving for a period. LABEAUD went to Florida for a while. KEATING did not remember who paid LABEAUD to go to Florida. KEATING stated at a separate time, MILAZZO said LABEAUD needed to disappear. KEATING had his clients he received from LABEAUD to sign verification of facts and assumed JASON did the same. JASON was also in contact with JASON BAER (BAER).

JASON and MILAZZO were the only two attorneys from the King Law Firm that dealt with LABEAUD directly. BRIAN KING knew about LABEAUD staging accidents but did not want to deal with him. [redacted]

[redacted]



[redacted]

KEATING had a close relationship with JASON before KEATING's divorce. They shared a suite at the Arena for events. Their relationship fell apart after KEATING's divorce, [redacted] KEATING also referred cases to the King Law Firm for trial but they never went to trial and always settled for a cut of the accident suit.

[redacted]