FD-302 (Rev. 5-8-10)



OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 03/12/2021

HERBERT O. ALLEN (ALLEN), black male, date of birth (DOB) [redacted], cell phone number [redacted], was interviewed at his residence located at [redacted]. At the outset of the interview, Special Agent Brandon Brown advised ALLEN that the scope of the interview would be limited to the underlying facts of the subject accident. Special Agent Brown instructed ALLEN not to reveal any information about communications between himself and his attorney regarding the accident or the subsequent civil lawsuit. Special Agent Brown further explained to ALLEN that this included anything his attorney told him about the accident or subsequent civil lawsuit, as well as anything that ALLEN told his attorney about the accident or subject civil lawsuit. After being advised of the identity of the interviewing Agent and that of Senior Financial Investigator Paul J. DuPlessis, FBI and the nature of the interview, ALLEN provided the following information:

The accident of 06/28/2017 that ALLEN was involved in occurred around 3 or 4pm in the afternoon. ALLEN stated he, his girlfriend, TROYLYNN BROWN (BROWN), her sister, DION RIDLEY (RIDLEY) and another individual he could not remember, were headed to Walmart. At the intersection of Calliope and Tchoupitoulas, an 18-wheeler started to make a wide left hand turn. As the 18-wheeler was turning, ALLEN, who was behind the 18-wheeler, started to make a left turn as well. The driver of the 18-wheeler, realizing he was missing the left lane to get on the Interstate, swung into the left lane causing its rear trailer to collide with ALLEN's vehicle. ALLEN immediately stopped his vehicle in the left lane, but the 18-wheeler kept going. Another vehicle who witnessed the collision stopped and asked ALLEN if everyone was OK, then followed the 18-wheeler and informed the driver he had hit another vehicle. ALLEN could not recall the make, model or color of this individual's car, nor the name of this witness.

Investigation on 02/24/2021 at New Orleans, Louisiana, United States (In Person)

File # [redacted] Date drafted 02/25/2021

by Paul J. DuPlessis, BROWN BRANDON PIERRE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agenc
to be distributed outside your agency.

GOVERNMENT EXHIBIT
25

ALLEN called the New Orleans Police Department (NOPD) to report the accident. ALLEN estimated it was a couple of hours before the police arrived on the scene around 5 or 6 pm. ALLEN spoke with the police and described what had happened. The driver of the 18-wheeler said he never felt a thing and was given a citation by the NOPD. ALLEN stated EMT's were never called to the scene.

ALLEN stated he did not remember where they went after leaving the scene of the accident. He could not recall if they met with an attorney from The King Law Firm that evening or the next day. ALLEN said he remembered driving along Canal St. in New Orleans the evening of the accident, looking for an attorney and it was possible they met with an attorney at The King Firm that same evening.

After meeting with [redacted]), an attorney with The King Firm, ALLEN was referred to a pain clinic located on [redacted] ALLEN went to the clinic for about 3 months where they treated him with heating pads on his back. The treatments didn't help, so he was referred to a [redacted]. ALLEN was informed he had a herniated disc and was given an epidural by [redacted] When the epidural didn't help, [redacted] recommended surgery, which ALLEN declined.

ALLEN was shown pictures of RODRICK HICKMAN (HICKMAN) and DAMIAN LABEAUD (LABEAUD). ALLEN stated he did not know or recognize either of these individuals. When questioned about 6 phone calls to HICKMAN from his cell phone on the day of the accident, between the hours of 3 pm- 7pm, ALLEN insisted he did not make these calls and had no idea how or why these calls were on his phone records. ALLEN insisted someone else must have placed the calls using his cell phone, but could offer no explanation as to who this could have been. ALLEN also insisted he was the individual driving his car when the accident occurred and that this was not a staged accident. ALLEN denied ever meeting with HICKMAN or LABEAUD prior to or after the accident, nor did either refer ALLEN to the The King Law Firm. The last conversation ALLEN had with [redacted] was approximately 7 months ago or one month after he received his settlement check in July of 2020.