OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 05/05/2021

DANIEL PATRICK KEATING JR. (KEATING), DOB: [redacted] was interviewed at the United States Attorney's Office Eastern District of Louisiana, located at 650 Poydras St., 16th Floor, New Orleans, Louisiana. Also present at the meeting was KEATING's attorney, Brian Cappitelli, Assistant United States Attorney's Brian Klebba, Maria Carboni, Edward Rivera, Shirin Hakimzadeh and Senior Financial Investigator, Paul J. DuPlessis, FBI. After being advised as to the identity of the interviewing Agent and the nature of the interview, KEATING provided the following information:

KEATING first met FLORENCE RANDLE (RANDLE) and her daughter, STACIE WHEATEN (STACIE), sometime in 2012 or 2013. At the time, KEATING was representing RANDLE's son, DARNELL WHEATEN (deceased) and his wife, Sonya, in an automobile accident. KEATING didn't know if this was a staged accident, but he did remember there were four people in the car at the time of the accident.

KEATING has numerous texts on his cell phone between himself and RANDLE, STACIE, JOSEPH BREWTON (BREWTON), TANYA GIVENS (GIVENS) and LOIS RUSSELL (RUSSELL). In referencing texts on 04/26/2017 and 04/27/2017, KEATING stated these were texts from RANDLE involving her sister, RUSSELL, possibly involving RUSSELL's accident.

KEATING was introduced to DAMIAN LABEAUD (LABEAUD) by STACIE around the end of April 2017. STACIE told KEATING she knew someone who could bring him accidents and arranged a meeting at the Buffalo Wild Wings restaurant in Algiers. KEATING, RANDLE, STACIE, LABEAUD, MARIO SOLOMON (SOLOMON), HENRY RANDLE (HENRY), GIVENS and KEYEONTAE WHEATEN (KEYEONTAE) attended this meeting. LABEAUD told KEATING he was bringing staged accidents to THE KING FIRM, attorney JASON GILES (GILES) in particular, and because of the

Investigation on 04/30/2021 at New Orleans, Louisiana, United States (In Person)

File # [redacted] Date drafted 04/30/2021

by Paul J. DuPlessis, BROWN BRANDON PIERRE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your ager
to be distributed outside your agency.

GOVERNMENT EXHIBIT
28

accidents he had brought to THE KING FIRM, "I made them big." LABEAUD had also worked for [redacted] firm prior to his association with THE KING FIRM. LABEAUD told KEATING his fee for bringing 18-wheeler accidents to him was $1,000 per adult and $500 per child, while accidents involving automobiles were $500 per adult and $250 per child.

KEATING first met GILES at a Ruth Chris' Steakhouse not long after THE KING FIRM opened in 2015.

KEATING was asked about an $800 check from his business checking account, dated 05/16/2017, payable to RANDLE. KEATING stated this was an advance on RANDLE's 04/07/2016 accident that RANDLE had brought to him after leaving THE KING FIRM. RANDLE was very adamant about receiving $800 per month as advances on her pending lawsuit. In reviewing texts on his cell phone, RANDLE had sent KEATING a text on 05/13/2017 requesting the advance. KEATING thinks he drove out to Gibson, Louisiana and gave RANDLE the check the same day it was written, 05/16/2017, while also signing up STACIE's daughter, KEYEONTAE, who had been in an accident on 04/27/2017. An $18,000 check in July 2017, payable to RANDLE, was also an advance that RANDLE needed for house repairs.

KEATING knew RANDLE and STACIE were recruiters who referred accidents to him, especially involving family members. However, it wasn't until after the meeting in April 2017, when he was introduced to LABEAUD that the referrals really picked up.

LABEAUD would normally call KEATING the day of an accident and let him know he was sending "fish" or clients to him. On 05/17/2017, phone records showed STACIE was texting and/or calling KEATING. On 05/17/2017, two 18-wheeler accidents were referred to KEATING by LABEAUD and STACIE. The first involved HENRY, RYAN WHEATEN (RYAN) and DAKOTA DIGGS (DAKOTA), while the second involved TROY SMITH (TROY), BERNELL GALE (GALE), MARVEL FRANCOIS (FRANCOIS) and [redacted]). KEATING was surprised when he learned HENRY was involved in one of these staged accidents, because he knew HENRY had successfully obtained Workmen's Compensation. KEATING gave STACIE a check in the amount of $4,500 that same day for TROY's accident and LABEAUD was paid for the other one. KEATING recalled meeting HENRY and the occupants of his vehicle at a Raising Canes, where he signed them up. Later that same day, he met TROY and the occupants of his vehicle at another or

possibly the same Raising Canes and signed them up as well. KEATING recalled seeing GIVENS at the Raising Cane's when he met TROY and his occupants there. KEATING does not recall seeing RANDLE that day and thinks STACIE stopped by his office to pick up her check.

KEATING recalled an incident at his office involving RANDLE, STACIE, KEYEONTAE, and himself, in which he angrily put a gun on his desk after someone made a negative remark about [redacted], [redacted]. KEATING told them they needed to apologize for the remark.

The fees KEATING paid to recruiters such as LABEAUD and STACIE were never taken out of a client's account that reduced their settlement. KEATING put "Advance to client" on the memo section of these checks to make it appear as legitimate payments.

KEATING does not remember who brought RUSSELL's accident to him, but he did recall receiving a text message from RANDLE about RUSSELL's accident.

The LUCINDA THOMAS (THOMAS) and DERRICK DIGGS (DERRICK) accidents that occurred on 06/06/2017 were brought to him by LABEAUD. KEATING met the occupants of both these accidents at a Raising Canes to sign them up. KEATING was not sure if GIVENS was there at the Raising Canes, but he recalled seeing LABEAUD and GIVENS together a number of times.

KEATING could not remember the time frame in which he met BREWTON, but he was introduced to BREWTON by [redacted]). [redacted] told KEATING that BREWTON had two accidents within two weeks of each other. BREWTON was not satisfied with the KING FIRM. KEATING recalled BREWTON as being aggressive in wanting advances on his accidents. BREWTON did not bring KEATING accidents other than his own, nor did he remember BREWTON picking up checks from him for other people.

KEATING feels that BRIAN KING (KING) knew about the staged accidents LABEAUD was bringing to the KING FIRM. KEATING referenced the KING FIRM client intake sheet dated 05/13/2016 (copy attached) for the [redacted] accident, that shows the referring attorneys as JG (GILES) and BK (KING). KEATING knew this to be a staged accident brought to them by LABEAUD.

During the beginning of 2019 KEATING and GILES became increasingly

[redacted]



concerned about the state and federal investigation into the staged accidents. In particular, KEATING and GILES were worried about staged accidents referred to them by LABEAUD and/or attorney VANESSA MOTTA (MOTTA). KEATING referred to his conversations with GILES around this time as being very cautious, asking one another if they had heard anything about the investigation. It was also around this time period KEATING and GILES started sharing phone records for accidents in which the victims had contacted LABEAUD on or near the date of the accident.

KEATING knew that most of the accidents LABEAUD brought to him were staged and although it was never spoken between them, he felt GILES knew this as well. In or around February 2019, KEATING met GILES at a coffee shop in New Orleans, because he felt they had the same concerns about the accidents referred to them by LABEAUD or MOTTA. At this meeting, GILES and KEATING spoke about and shared the phone records associated with LABEAUD referrals. It was also around this same time period that GILES and KEATING started having clients associated with LABEAUD sign Verification of Fact forms that in essence stated the accidents were not fraudulent.

[redacted].