FD-302 (Rev. 5-8-10)



OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 06/08/2021

RODRICK HICKMAN (HICKMAN), date of birth (DOB)[redacted], was interviewed at the United States Attorney's Office for the Eastern District of Louisiana located at 650 Poydras Street, New Orleans, Louisiana. Also present for the interview was HICKMAN's attorney, Clarence Roby and Assistant United States Attorney Maria Carboni. After being advised of the identity of the interviewing Agent and the nature of the interview, HICKMAN provided the following information:

HICKMAN was shown pictures of JOSEPH BREWTON (BREWTON), JOHN DIGGS (DIGGS), LOIS RUSSELL (RUSSELL), JAMES "CURTIS" WILLIAMS (WILLIAMS) and TANYA GIVENS (GIVENS). DIGGS, RUSSELL, WILLIAMS and GIVENS were involved in a staged 18-wheeler accident on March 27, 2017. HICKMAN remembered the accident and stated he was the driver of the vehicle that collided with the 18-wheeler and DAMIAN LABEAUD (LABEAUD) was the spotter.

HICKMAN recognized the picture of BREWTON and stated BREWTON was at the meeting place the morning of the accident with the above named individuals. HICKMAN also recalled seeing BREWTON at the KING LAW FIRM later that day after the accident.

HICKMAN initially thought this was the first time he had met BREWTON. However, upon being shown a portion of an NOPD bodycam from an accident that occurred on April 7, 2016, HICKMAN recalled meeting BREWTON that day for the first time. The participants of this staged accident were FLORENCE RANDLE (RANDLE), DERWIN WHEATEN (WHEATEN) and COREY SIMS (SIMS). HICKMAN recalled RANDLE having some gold teeth and identified her from a Facebook picture where she was wearing a wig. HICKMAN also identified RANDLE from the NOPD bodycam as the black female sitting in the front passenger seat of the vehicle.

Investigation on 06/02/2021 at New Orleans, Louisiana, United States (In Person)

File # [redacted] Date drafted 06/03/2021

by Paul J. DuPlessis, Robert G. Orvin II

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agen[cy] to be distributed outside your agency.

GOVERNMENT EXHIBIT 29

[redacted]



HICKMAN clearly remembered he was the spotter for RANDLE's accident and was fairly certain that LABEAUD was the driver in RANDLE's vehicle. BREWTON rode with HICKMAN as he looked for an 18-wheeler for LABEAUD to collide with. After the April 7, 2016 accident occurred, HICKMAN and BREWTON met RANDLE, SIMS and WHEATEN at the KING LAW FIRM. HICKMAN identified a picture of STACIE WHEATEN (STACIE), RANDLE's daughter. HICKMAN recalled STACIE being at the KING LAW FIRM with RANDLE, who was making a scene with the KING LAW FIRM receptionist about poor service, when he arrived. When HICKMAN left the KING LAW FIRM that day, one of the men, DIGGS or WHEATEN, was outside fussing about wanting to go to his own attorney.

HICKMAN stated BREWTON drove a blue truck and he felt some of the females had rode with BREWTON the day of the April 7, 2016 accident. HICKMAN did not remember seeing BREWTON receive a check at the KING LAW FIRM for either accident.

HICKMAN was shown pictures of LIONEL DIGGS (LIONEL), PHOEBE OWENS (OWENS), HERBERT DIGGS (HERBERT), IRVING BOYD (BOYD) and KEYEONTAE WHEATEN (KEYEONTAE), all of whom were involved in a staged 18-wheeler accident on April 27, 2017. HICKMAN did not recognize any of the individuals or their vehicle and could not recall being part of this accident. HICKMAN was then shown a text he had sent from his cell phone on April 27, 2017 to LABEAUD's cell phone which stated, "I'll be there in 10 minutes". HICKMAN surmised that based on the the text, he must have been involved in the accident somehow, but still could not recall any details of this accident.

HICKMAN was shown pictures of TROYLYNN BROWN (BROWN), DION RIDLEY (RIDLEY), HERBERT ALLEN (ALLEN and JARVIS BROWN (JARVIS), all of whom were involved in a staged 18-wheeler accident on June 28, 2017. HICKMAN did not recognize any of the individuals in these pictures, nor could he recall being involved in this accident or how he may have been connected to it.

[redacted]

[redacted]



During 2015, HICKMAN felt LABEAUD was staging accidents with someone other than HICKMAN. HICKMAN does not recall being involved in or playing any part of BREWTON's August and September 2015 accidents.

During the time HICKMAN was helping stage accidents, he was always paid by attorney JASON GILES (GILES). HICKMAN did not receive money from the accident participants or from LABEAUD.