FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 06/07/2021

DAMIAN LABEAUD, date of birth (DOB) [redacted], was interviewed at the US Attorney's Office, Eastern District of Louisiana. Steve Lemoine, defense counsel, was present for the interview. Assistant US Attorneys Maria Carboni and Shirin Hakimzadeh participated in the interview. After being advised of the identity of the interviewing Agents and the nature of the interview, LABEAUD provided the following information:

LABEAUD had not spoken to FLORENCE RANDLE but knew she sent a "number of guys" to participate in a fraudulent accident with a commercial vehicle. LABEAUD charged STACY WHEATEN, whom he knew lived in Atlanta, GA, and RANDLE for facilitating fraudulent accidents. WHEATEN and RANDLE took accident participants to PATRICK KEATING without LABEAUD.

When LABEAUD met WHEATEN, a deal was agreed, WHEATEN and RANDLE could use their attorney and pay LABEAUD a fee or use LABEAUD’s attorney and pay a lesser fee. WHEATEN wanted to use her attorney, KEATING. WHEATEN eventually introduced LABEAUD to KEATING.

JOSEPH BREWTON told LABEAUD not to deal with RANDLE and WHEATEN. BREWTON used the KING FIRM for his accidents. BREWTON provided LABEAUD passengers to participate in fraudulent commercial vehicle accidents. Typically, BREWTON called LABEAUD to provide names of accident participants BREWTON sent to LABEAUD. BREWTON may have sent LABEAUD three or four groups of participants for fraudulent accidents. BREWTON facilitated his own accidents as well.

BREWTON was involved in his own fraudulent accident. LABEAUD either drove the vehicle or was the “spotter” for the accident, in 2015. This accident occurred at the intersection of Chickasaw and Alvar Streets, in New Orleans, LA. RODERICK HICKMAN, more than likely, assisted LABEAUD in staging BREWTON’s accident.

Investigation on 06/02/2021 at New Orleans, Louisiana, United States (In Person)

File # [redacted] Date drafted 06/03/2021

by Robert G. Orvin II, Paul J. DuPlessis

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your ag[...] to be distributed outside your agency.

GOVERNMENT EXHIBIT 30

The accident, dated 03/27/2017, which involved JAMES WILLIAMS, TANYA GIVENS, LOIS RUSSELL, and JOHN DIGGS may have been facilitated by BREWTON. Initially, LABEAUD could not recall if BREWTON was with the passengers; however, LABEAUD recalled meeting BREWTON at the KING FIRM later that day. LABEAUD paid BREWTON for bringing participants. It was estimated BREWTON was paid no more than $500.00 for an accident. BREWTON was paid after the accident was staged.

LABEAUD facilitated a fraudulent accident for RANDLE and WHEATEN. RANDLE participated in the accident; however, WHEATEN did not. RANDLE and WHEATEN changed attorneys on LABEAUD without his knowledge. RANDLE claimed she could not go to LABEAUD's attorney because her granddaughter had a broken leg.

LABEAUD was upset with RANDLE and WHEATEN and called them to express his frustration. Changing attorney meant LABEAUD would not get paid. WHEATEN told LABEAUD she would pay LABEAUD the money for staging the accident. WHEATEN brought LABEAUD the money, which apparently came from KEATING.

BREWTON sent WHEATEN and RANDLE to LABEAUD. It was likely, LABEAUD met WHEATEN and RANDLE at the Burger King on Canal Street in New Orleans, LA. WHEATEN was in the second car; however, it was not certain if BREWTON was also in the second vehicle. It was possible MARIO SOLOMON assisted LABEAUD in staging this accident. The commercial truck driver, who claimed on the New Orleans Police Department (NOPD) Officer's body camera, the accident was a setup, was correct. LABEAUD may have taken the guys, who participated in this accident to the KING FIRM the following day.

The accident, dated 04/27/2017, which occurred at the intersection of Chef Menteur and Downman Road, in New Orleans, LA was likely one of the accidents BREWTON sent to LABEAUD. RODERICK HICKMAN turned LABEAUD onto this location to create fraudulent accidents. If BREWTON provided LABEAUD the telephone number for LIONEL DIGGS, one of the participants, LABEAUD would have called LIONEL DIGGS.

HICKMAN was the driver of the accident vehicle and LABEAUD was his "spotter" in the other vehicle. JASON GILES handled this case. One of the DIGGS harassed GILES for loan money. GILES told LABEAUD, DIGGS was trying to get money out of GILES for the accident.

Sometimes LABEAUD filled out the intake sheets at the KING FIRM for the participants. LABEAUD would collect the participants driver's license and information to complete the forms for the KING FIRM.

ANTHONY ROBINSON picked up and brought ASHLEY MCGOWAN to the scene of the accident so there would be a fourth person in the vehicle. MCGOWAN owed ANTHONY ROBINSON money and ANTHONY ROBINSON charged MCGOWAN to be a participant in the accident. ANTHONY ROBINSON and MCGOWAN worked together; ANTHONY ROBINSON "hustled" at MCGOWAN's apartment.

ANTHONY ROBINSON may have been the "spotter" for LABEAUD. AUDREY HARRIS was in the vehicle with ANTHONY ROBINSON. LABEAUD drove KEISHIRA ROBINSON's vehicle and created the fraudulent accident, dated 06/08/2016. LABEAUD would have brought KEISHIRA ROBINSON, ASHLEY MCGOWAN, and the two other female participants to the KING FIRM.

LABEAUD probably paid ANTHONY ROBINSON for assisting in the fraudulent accident. LABEAUD may have paid ANTHONY ROBINSON $1,000.00 to $1,500.00. LABEAUD would have paid ANTHONY ROBINSON more because LABEAUD was dating ANTHONY ROBINSON's daughter.

The intersection of Tchoupitoulas and Calliope Streets was a known location to stage accidents. There were always a lot of trucks traveling through this intersection. The accident, which occurred on 06/28/2017, was set up by HICKMAN. LABEAUD did not recognize any of the participants. LABEAUD was probably the "spotter." LABEAUD did not know an individual by the name of KEVIN BARNES.

GILES paid LABEAUD and LABEAUD paid HICKMAN. GILES told LABEAUD he only wanted to work with LABEAUD. However, LABEAUD knew GILES used others to bring accidents to the KING FIRM. LABEAUD did not nor had any relationship with TANYA GIVENS.

Hustlers on the street knew that commercial truck accidents were not staged. In order to be staged both drivers would know each other. Hustlers did not know the commercial truck drivers. What hustlers might say, was the accident was immoral by letting the accident happen, when it could have been avoided. The New Orleans streets made for opportune locations to create fraudulent accidents.