FD-302 (Rev. 5-8-10)



OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 07/13/2021

PATRICK KEATING (KEATING) was interviewed at the United States Attorney's Office Eastern District of Louisiana, 650 Poydras Street, New Orleans, Louisiana. Also present at the meeting was KEATING's attorney, Brian Capitelli, Assistant United States Attorneys Brian Klebba, Edward Rivera, Shirin Hakimzadeh. After being advised of the identity of the interviewing Agents and the nature of the interview, KEATING provided the following information:

Agent Note: A binder containing numbered emails was referenced throughout the interview. The email number will be noted as appropriate.

[redacted]

[redacted]

Regarding email two (2), KEATING received telephone records for DAMIAN LABEAUD (LABEAUD) from a defense attorney. KEATING spoke with JASON GILES (GILES) at GILES's office and told him there were concerning telephone numbers in the records, including GILES'.

Regarding email three (3), KEATING was saying he did not recognize any of

Investigation on 07/08/2021 at New Orleans, Louisiana, United States (In Person)

File # [redacted] Date drafted 07/09/2021

by Matthew P. Smith, Robert G. Orvin II

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; i
to be distributed outside your agency.

GOVERNMENT EXHIBIT
31

the phone numbers. KEATING only had one telephone number for LABEAUD. GILES did not respond to this email. At another point, GILES provided CORNELIUS GARRISON's (GARRISON) phone number so KEATING could see if it came up in telephone records in any cases KEATING received from VANESSA MOTTA (MOTTA).

KEATING heard GARRISON met people at the Burger King on Chef Menteur Highway and then staged accidents headed east toward Slidell, LA. KEATING knew not to take a case if it had that fact pattern. KEATING did not remember how he learned GARRISON staged accidents.

[redacted]

KEATING was not sure what the original attachment for email #5 was but would try to locate it. The attachment and emails prompted KEATING and GILES to meet at a coffee shop where they discussed the FBI investigation and what they were doing about the clients brought to them by LABEAUD. GILES subsequently sent the client affidavit to KEATING. KEATING was not sure if the KING FIRM had all their clients sign the affidavit or only clients connected to LABEAUD. The affidavit was only intended to provide legal cover. There was no expectation the clients were truthful regarding the affidavit.

KEATING and GILES were in regular contact and shared information and records with each other regarding accidents involving LABEAUD. GILES never tried to explain away his relationship with LABEAUD, although he never explicitly admitted he knew the accidents were fraudulent. KEATING and ANTHONY "TONY" MILAZZO (MILAZZO) also discussed LABEAUD and how he needed to "go out of town." KEATING was not friends with GILES or MILAZZO, but they "were in the same boat" with regard to staged accidents..

KEATING believed BRIAN KING (KING) knew about LABEAUD and the staged accidents, but he did not deal with them directly. Sometimes in the late afternoon, while having drinks, GILES would receive a phone call and both GILES and KING would leave. KEATING believed the call was from LABEAUD regarding a staged accident, and they were leaving to meet with LABEAUD, because this was the same thing LABEAUD did with him.

[redacted]

[redacted]



[redacted]

[redacted]

[redacted]

KEATING did not initially know JOE BREWTON (BREWTON) was involved with staged accidents, but then KEATING saw BREWTON's phone number come up in phone records. KEATING also knew BREWTON had a lot of family involved in staged accidents.

[redacted]

Regarding email 17, KEATING asked MILAZZO about GILDA HENDERSON's (HENDERSON) phone number to check it against LABEAUD's phone records and let the KING FIRM know if it appeared. These emails were prior to the deposition regarding the accident.

[redacted]

KEATING's relationship with the KING FIRM fell apart around the time of LABEAUD's federal indictment.