FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 02/15/2022

RODERICK HICKMAN, date of birth (DOB) [redacted], telephone number [redacted], was interviewed telephonically. After being advised of the identity of the interviewing Agents and the nature of the interview, HICKMAN provided the following information:

Early last week, possibly Monday (01/31/2022) HICKMAN was visiting his mother in New Orleans, LA. [redacted]

[redacted]

[redacted]

Investigation on 02/11/2022 at New Orleans, Louisiana, United States (Phone)

File # [redacted] Date drafted 02/11/2022

by Robert G. Orvin II, BROWN BRANDON PIERRE, Matthew P. Smith

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your ager
to be distributed outside your agency.

GOVERNMENT EXHIBIT 33