# Government Exhibit 34

# Filed Under Seal

GOVERNMENT
EXHIBIT
34