# Government Exhibit 35

# Filed Under Seal

GOVERNMENT EXHIBIT
35