FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 04/15/2022

PATRICK KEATING, date of birth (DOB) 03/02/1969, was interviewed at the U.S. Attorney's Office (USAO), Eastern District. Brian Capitelli, defense counsel, was also present during the interview. Assistant US Attorneys Maria Carboni, Edward Rivera, and Brian Klebba participated in the interview. After being advised of the identity of the interviewing Agent and the nature of the interview, KEATING provided the following information:

In 2017, ANTHONY MILAZZO, KING FIRM, filed the civil suit for FLORENCE RANDLE, who was in an accident in April 2016. DERWIN WHEATEN and COREY SIMS, both sons of RANDLE were also in the accident. KEATING also filed a civil suit for RANDLE in 2017, without knowing MILAZZO had filed for the same suit. RANDLE sought KEATING's representation and he signed her up at his office on Airline Drive. At this time, KEATING was not aware of the fraudulent accident scheme. On or around the time RANDLE's suit was settled KEATING learned this accident was staged.

RANDLE's son DARNELL WHEATEN (deceased) was a previous client of KEATING. DARNELL WHEATEN may have introduced RANDLE to KEATING. DARNELL WHEATEN and KEATING did not get along well; however, DARNELL WHEATEN brought another civil suit to KEATING. The second suit repaired the relationship between KEATING and DARNELL WHEATEN.

KEATING did not give money to RANDLE to pay DAMIAN LABEAUD for a staged accident. KEATING did not want to know how LABEAUD recruited participants and did not want to know how the accidents occurred. KEATING wanted to keep his distance; however, this proved unavoidable. The number of family members who lived on Bayou Black Drive in Houma, LA who got into accidents in New Orleans East was evidence of the fraudulent scheme. The similar fact patterns, to include family relations of participants, location, and number of passengers, in the accidents was evidence the accidents were staged.

During the interview, KEATING was shown text messages between KEATING and RANDLE. On 04/26/2017, KEATING text messaged RANDLE to meet at the Starbucks, possibly in Houma, LA. It would take time for KEATING to sign up participants and KEATING had a meeting in New Orleans after, thus it was

Investigation on 03/30/2022 at New Orleans, Louisiana, United States (In Person)

File # [redacted] Date drafted 03/30/2022

by Robert G. Orvin II, BROWN BRANDON PIERRE, Lisa Marie Ferrara

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agenc to be distributed outside your agency.

GOVERNMENT EXHIBIT
36

unclear if KEATING met RANDLE in Houma, LA. KEATING did meet LUCINDA THOMAS, JUDY WILLIAMS, and MARY WADE at the Starbucks in Thibodeaux, LA.

On 04/27/2017, KEATING received a text message from RANDLE. RANDLE messaged "...have 4 clients for you today." This text message was most likely in reference to KEYEONTAE WHEATEN, LIONEL DIGGS, [redacted], and [redacted] staged accident. LIONEL DIGGS was the reported driver of the passenger vehicle. KEATING signed up all of them except [redacted] KEATING did not know anything about [redacted] KEYEONTAE WHEATEN settled her suit early. KEATING dropped HERBERT DIGGS. [redacted] went to another attorney, [redacted], for representation.

The 04/27/2017 accident occurred shortly after KEATING was introduced to LABEAUD at the Buffalo Wild Wings in Algiers, LA. STACIE WHEATEN previously called KEATING to tell KEATING she wanted him to meet LABEAUD. STACIE WHEATEN told KEATING what LABEAUD did, bring clients from accidents to attorneys. LABEAUD was more than a "runner" for plaintiff attorneys. It was implied LABEAUD staged accidents; it did not have to be said. LABEAUD also staged accidents for the KING FIRM. TANYA GIVENS, RANDLE, STACIE WHEATEN, and MARIO SOLOMON were at this meeting. KEATING paid for everyone's food.

RYAN WHEATEN and HENRY RANDLE's accident on 05/17/2017 was staged. On or around 05/17/2017, the text message KEATING sent to RANDLE and STACIE WHEATEN thanking them was for bringing KEATING clients.

RANDLE was the sister of JOHN DIGGS. RANDLE text messaged KEATING requesting KEATING set up an MRI for JOHN DIGGS. JOHN DIGGS came over to KEATING from the KING FIRM. RANDLE was aggravating and was up and down emotionally. STACIE WHEATEN was a little more diplomatic in dealing with KEATING.

JOSEPH BREWTON came to KEATING's office via DAVID BROWN. KEATING represented BROWN in a fraudulent accident. It took some talking to convince BREWTON to switch from the KING FIRM to KEATING. KEATING learned through the review of telephone records BREWTON and LABEAUD knew each other and communicated a lot.

On 04/07/2018, BREWTON text messaged KEATING. BREWTON asked KEATING to tell LARRY PICOU that BREWTON did not get paid for bringing PICOU to KEATING. KEATING did not pay BREWTON for bringing PICOU. KEATING did pay BREWTON for bringing LOIS RUSSELL's fraudulent accident to KEATING.

At some point in time, KEATING learned BREWTON staged fraudulent accidents. It was evident by the telephone records, the family connections,

and the locations in New Orleans. KEATING brought up the connections to BREWTON in a text message. BREWTON did not quite understand why that should affect his settlement. BREWTON also claimed his other family members were paid in their settlements. BREWTON wanted to be paid a larger settlement for his accident.

RANDLE also used "salad" as code for clients, when text messaging KEATING. There was a "salad lady" in Mississippi who staged accidents the same as LABEAUD. RANDLE used "salad" in her 05/18/2017 text message exchange with KEATING. The following Monday, 05/22/2017, KEATING had not seen any new clients and inquired, via text message, of RANDLE, what was the status.

RANDLE used "diet pills" as code for clients in her text messages with KEATING. On Monday, 06/05/2017, RANDLE text messaged KEATING the clients "diet pills" would be there tomorrow. This text message was either for the DEREK DIGGS or LUNCIDA THOMAS staged accidents.

In or around 2018, at a deposition at the KING FIRM the defense attorney asked a lot of questions suspecting fraud. KEATING realized he had got himself into a bad situation.

The 06/08/2017 text message from RANDLE, "those pills are bad medicine last one call me asap doctor did not order them" to KEATING was referring to a staged accident, possibly DEREK DIGGS. STACIE WHEATEN also called KEATING to tell KEATING that DEREK DIGGS was bad news and not to deal with him. The police accident report also might have shown DEREK DIGGS was at fault in the accident.

On 11/16/2017, RANDLE text messaged KEATING regarding DARNELL WHEATEN's issue with delinquent child support payments. The child support was a significant amount and since DARNELL WHEATEN's death, RANDLE believed the child support should not be owed. RANDLE wanted the money. KEATING had a meeting with RANDLE and Child Services to show RANDLE the lien and explain the legality of the situation. Specifically, the lien does not cease at DARNELL WHEATEN's death. RANDLE had a hard time understanding and accepting this concept.

On 07/22/2018, RANDLE text messaged KEATING, she threatened KEATING to get KEATING to pay her. RANDLE messaged "...told you how too get money and how the king firm was getting there money illeage you join in..." to KEATING. RANDLE was threatening to expose KEATING and the fraud. STACIE WHEATEN may have told KEATING the KING FIRM was running the staged accident scheme.

On 07/20/2017, KEATING text messaged STACIE WHEATEN that he did not mind helping but needed STACIE WHEATEN to keep her family members in line. TANYA (GIVENS) and KEOKA (WASHINGTON) went back to the KING FIRM. KEATING had paid GIVENS $2,500.00. KEATING assumed GIVENS was with LABEAUD; they might have been in a relationship together. KEATING needed the clients to stay longer than a month or he would not recover the money he lent.