FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 06/17/2022

HERBERT ALLEN, date of birth (DOB) [redacted], was interviewed at the US Attorney's Office, Eastern District of Louisiana. Also present during the interview was ALLEN's defense counsel Dwight Doskey. Assistant US Attorney Brandon Long also participated in the interview. After being advised of the identity of the interviewing Agents and the nature of the interview, ALLEN provided the following information:

TROYLYNN BROWN was the cousin of [redacted]. ALLEN did not know of [redacted] whereabouts. [redacted]

ALLEN claimed he did not know the individual who drove his vehicle to cause the collision with the 18 wheeler. ALLEN did not know the individuals who coordinated the staged accident. ALLEN was willing to admit to his participation in the staged accident.

[redacted].

| | | | |
|---|---|---|---|
| Investigation on | 06/14/2022 | at | New Orleans, Louisiana, United States (In Person) |
| File # | [redacted] | Date drafted | 06/15/2022 |
| by | Robert G. Orvin II, BROWN BRANDON PIERRE | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to yo
to be distributed outside your agency.

GOVERNMENT EXHIBIT 37