FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 07/11/2022

DAMIAN LABEAUD (LABEAUD), date of birth (DOB) [redacted], was interviewed at the US Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, New Orleans, LA 70130. Also present for the interview was LABEAUD's defense attorney Steve Lemoine, and Assistant United States Attorneys Brian Klebba, Brandon Long, and Edward Rivera. After being advised of the identity of the interviewing Agents and the nature of the interview, LABEAUD provided the following information:

[redacted]

LABEAUD cashed all checks received from JASON GILES (JASON) and ANTHONY MILAZZO (MILAZZO). JASON took some individuals with him when he left the [redacted]. These individuals also included accident stagers and runners such as LABEAUD. JASON had at least eight runners when he left [redacted]. LABEAUD found out about a place called "the Office" where individuals met to organize staged accidents. "The Office" was located on the corner of Claiborne and Orleans Avenue, under the overpass.

RODERICK HICKMAN (HICKMAN) was a stager before LABEAUD. HICKMAN collected money from participants as payment for their involvement in staged accidents. LABEAUD was a runner for JASON at the beginning of their relationships. LABEAUD knew of high accident areas to find legitimate accidents. Most of the accidents LABEAUD brought to the King Firm were staged accidents. LABEAUD was paid the same for his referrals whether they were staged or legitimate.

In 2017, LABEAUD met with JASON and MILAZZO in MILAZZO's office. JASON told LABEAUD to tell BRIAN KING (BRIAN) he did not stage any accidents he

Investigation on 07/05/2022 at New Orleans, Louisiana, United States (In Person)

File # [redacted] Date drafted 07/05/2022

by BROWN BRANDON PIERRE, Robert G. Orvin II

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

GOVERNMENT EXHIBIT 38

brought to the King Firm. JASON led LABEAUD to believe BRIAN was not aware of the staged accidents. JASON had LABEAUD say he did not stage accidents in a meeting with BRIAN, MILAZZO, and JASON, in JASON's office and recorded the conversation.

JASON told LABEAUD to vary the number of occupants in the vehicle and not to always have four people in the car for the accidents. JASON instructed LABEAUD to sometimes have two or three people in the accidents. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



[redacted] JASON was angry and paid LABEAUD and HICKMAN via check. LABEAUD received checks from JASON that were stated as advances, but LABEAUD did not have any open cases for some of the checks. All 18-wheeler cases LABEAUD bought to JASON were staged.

[redacted] JASON told clients if they had more surgeries, they would get more money. On two separate occasion, JASON called LABEAUD to come in the King Firm Office to calm down some clients. The clients threatened that if JASON did not give them any more money, they would go to the FBI and tell them about the fraudulent accidents.