FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 08/09/2022

PATRICK KEATING (KEATING), date of birth (DOB) [redacted] was interviewed at the U.S. Attorney's Office (USAO), Eastern District of Louisiana. Ralph Capitelli, defense counsel, was also present during the interview. Assistant US Attorneys Brandon Long and Edward Rivera participated in the interview. After being advised of the identity of the interviewing Agents and the nature of the interview, KEATING provided the following information:

KEATING met DAMIAN LABEAUD (LABEAUD) in 2017, and only knew LABEAUD as JASON GILES's (JASON) driver. KEATING heard rumors beforehand that LABEAUD staged accidents. LABEAUD told KEATING directly while meeting at Buffalo Wild Wings that the King Firm staged accidents. KEATING was not aware of any non-staged 18-wheeler accidents. KEATING had discussions with LABEAUD regarding how suspicious the staged accidents looked. KEATING and LABEAUD used coded language to communicate with each other regarding staged accidents. LABEAUD worked with JASON, BRIAN KING (BRIAN), and ANTHONY MILAZZO (MILAZZO). JASON, BRIAN, and MILAZZO never verbally admitted to staging accidents.

JASON had clients sign affidavits in 2019 to insulate the King Firm from LABEAUD's staged accidents. The King Firm dropped the client's cases if the client did not sign the affidavits.

KEATING told MILAZZO that LABEAUD needed to go away, and MILAZZO agreed. KEATING gave LABEAUD money to go out of town, and hoped he stayed away.

[redacted]

[redacted]

GOVERNMENT EXHIBIT 39

Investigation on 07/11/2022 at New Orleans, Louisiana, United States (In Person)

File # [redacted] Date drafted 07/12/2022

by BRADLEY CHAUNCY, James Ridder, BROWN BRANDON PIERRE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

[redacted]



[redacted]

KEATING was not aware of the King Firm or JASON privately owning planes.