OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 09/06/2022

DANNY KEATING, was interviewed at the US Attorney's Office - Eastern District of Louisiana located at 650 Poydras St Suite 1800, New Orleans, LA 70130. Also present for the interview was JODI BENINATI Forensic Auditor at United States Attorney's Office Eastern District of Louisiana. After being advised of the identity of the interviewing Agents and the nature of the interview, KEATING provided the following information:

[redacted]

[redacted]

Check 1029 from KEATING was written on 05/18/2018 for $2,500 to FLORENCE RANDLE. (KEATING believed this check was for a staged accident but the timing was off, because RANDLE was no longer staging accidents at that time for KEATING.) KEATING would pay for accidents in increments of $500.00 because he would pay $500.00, per person in a vehicle.

KEATING agreed two checks written were for setting up accidents. One of the checks was from 5/16/2017 for $2,000 made payable to cash. The other check was from 5/18/2017 for $6,000 made payable to cash.

KEATING usually withdrew cash from the ATM at JPMorgan Chase. He would withdraw cash in amounts to avoid bank reporting requirements. Sometimes he would also write checks to cash, especially at Whitney Bank. KEATING would usually go to the Whitney Bank branch on Elysian Fields to get money out for DAMIAN LABEAUD. KEATING usually put cash in a newspaper and handed it to LABEAUD.

KEATING kept large amounts of cash in a hidden drawer under a dresser at

Investigation on 08/19/2022 at New Orleans, Louisiana, United States (In Person)

File # [redacted] Date drafted 08/19/2022

by JERNIGAN JORDAN, BROWN BRANDON PIERRE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it to be distributed outside your agency.

GOVERNMENT EXHIBIT
41

[redacted]



his home. He had anywhere from $10,000 to $50,000 of cash at any given time in this hidden drawer.

If checks made out to stagers were not around the time of accidents, they were most likely around the time of when clients were signed up at KEATING's law firm.

LIONEL DIGGS, TROY SMITH, and JOHN DIGGS were all accidents KEATING paid people for setting up.

KEATING met RANDLE at the Starbucks in Houma to pay her for setting up the DIGGS accident. KEATING met RANDLE at the McDonalds in Houma to pay her for setting up the SMITH accident. Lastly, KEATING met RANDLE at the Starbucks in Thibodaux to pay her for setting up the JUDY WILLIAMS accident.

KEATING used his credit cards to pay for everything.