FD-302 (Rev. 5-8-10)



OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 09/20/2022

RODERICK HICKMAN provided a voice message recording of [redacted]. [redacted] was calling to set up the meeting where HICKMAN was unwittingly recorded by JASON GILES.

Investigation on 08/31/2022 at New Orleans, Louisiana, United States (In Person, Phone)

File # [redacted] Date drafted 09/15/2022

by BROWN BRANDON PIERRE, JERNIGAN JORDAN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your ag
to be distributed outside your agency.

GOVERNMENT EXHIBIT
42