# Government Exhibit 43

# Filed Under Seal

GOVERNMENT
EXHIBIT
43