FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 05/24/2024

DAMIAN LABEAUD (LABEAUD), date of birth (DOB) [redacted], was interviewed at the US Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, New Orleans, LA 70130. Also present for the interview was LABEAUD's attorney, Steve Lemoine, and Assistant United States Attorneys Brian Klebba, Matt Payne and Ryan McLaren. After being advised of the identity of the interviewing Agents and the nature of the interview, LABEAUD provided the following information:

**May 24, 2017 Accident**

LABEAUD could not remember this specific accident but believed he was likely involved due to the accident matching his technique for staging an accident. The Chicasaw Street and Louisa Street intersection was an ideal spot for staging accidents due to commercial truck driver's being forced to make an illegal turn. The turn is so tight, the truck driver must veer into the left lane illegally in order to make the turn. Once the truck is in an illegal position, i.e. the wrong lane, the spotter would notify the driver of the "slammer" vehicle to then intentionally collide with the truck.

The spotter vehicle and slammer vehicle would circle the block for an extended period until they identified a truck making the turn. This area was frequented by commercial trucks, making it ideal for staging accidents. There were also no cameras, which made investigating the crash difficult for insurance companies and law enforcement. Once the commercial truck was hit, the spotter would then attempt to stop the truck driver because they often did not know a collision took place.

LABEAUD learned over time what "spots" were good for staging accidents and which were bad. Lee Circle was an example of a bad spot to stage an accident because of the complicated traffic laws regarding roundabouts. Further, Lee Circle had lots of cameras that could capture the staged collision.

The best spot to stage an accident was the Tchoupitoulas Street on-ramp onto the interstate. This area had no cameras and was frequented by commercial trucks. LABEAUD recalled an incident where law enforcement was

Investigation on 05/16/2024 at New Orleans, Louisiana, United States (In Person)

File # 209C-NO-3049938 Date drafted 05/16/2024

by Michael Heimbach

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; to be distributed outside your agency.

GOVERNMENT EXHIBIT 44

investigating one accident near this area, and he was able to stage an accident right in front of them without their knowledge. LABEAUD would attempt to collide with the back rear tires of the tractor trailers when the truck was attempting to merge. LABEAUD would often meet passengers at a nearby Canes restaurant before staging an accident. LABEAUD always made it clear to the passengers the accident would be staged. He would often have everyone put their phones in the trunk of the vehicle before discussing specifics of the staged accident. LABEAUD reiterated everyone was a knowing participant when he staged an accident. LABEAUD avoided having his family involved in staging accidents because he did not want them implicated in the scheme.

**King Law Firm**

LABEAUD described the day Jason GILES secretly recorded him in Brian KING's office. Before the meeting with KING, LABEAUD was sitting in Tony MILAZZO's [ph] office with GILES. GILES instructed LABEAUD that he needed to "Let Brian know, I have no knowledge of this.", referring to staged accidents that were starting to become highly publicized. GILES then left MIZAZZO's office before LABEAUD. LABEAUD believed this was when GILES recovered a recording device or setup his computer to record the meeting with KING.

LABEAUD, MILAZZO, GILES and KING all then met in KING's office. LABEAUD then repeated what he was told by GILES, that he had no knowledge of the accidents being staged. LABEAUD believed all the attorney's knew the collisions were staged, but had tricked him into making these statements to try to cover themselves.

**Jason Giles**

LABEAUD first began working with GILES when GILES was an attorney at the [redacted] When GILES left the firm, he told LABEAUD "I'll take you with me" to the new firm. GILES would often refer to LABEAUD as "family". LABEAUD once bought GILES and KING jewelry from a pawn shop off Chef Menteur Highway. LABEAUD bought two necklaces that said "King" on them for $3,500 each.

GILES once gave LABEAUD a Christmas bonus of $2,500. LABEAUD was disappointed with this gift given how much money he had made GILES through staging accidents.

[redacted]

[redacted]

[Agent note: LABEAUD was shown photographic lineup of Leon PARKER. LABEAUD identified PARKER's photograph as someone he may know, but did no know his name. LABEAUD was shown photographs of Jovanna GARDNER, Ryan HARRIS, and Sean ALFORTISH, but did not recognize them. LABEAUD recognized a photograph of Vanessa MOTTA, but did not know her personally. LABEAUD was shown various photographs of Diaminike STALBERT, but was unsure if he knew her.]

Agent notes will be maintained in the 1A section of this report.