FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 07/17/2024

PATRICK KEATING (KEATING), date of birth (DOB) [redacted], was interviewed at the United States Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, New Orleans, Louisiana (LA) 70130. Also present for the interview was KEATING's attorney, Brian Capitelli. Participating in the interview were Assistant United States Attorneys (AUSA) Matt Payne, Brian Klebba, and Ryan McLaren. After being advised of the identities of the interviewing Agents and the nature of the interview, KEATING provided the following information:

(**Agent note:** At this point during the interview, Capitelli showed interviewing Agents and AUSAs copies of checks from JASON GILES (GILES) to RODERICK HICKMAN (HICKMAN). The checks were provided to the Louisiana Office of Disciplinary Counsel.)

DAMIAN LABEAUD (LABEAUD) brought King Firm cases to KEATING. Over time, LABEAUD brought cases directly to KEATING. The King Firm never referred cases to KEATING. KEATING may have met with King Firm attorneys once for a deposition for one of LABEAUD's cases. KEATING recalled later meeting with King Firm attorneys for coffee to discuss distancing from LABEAUD and verification of facts forms. KEATING was not social with King Firm attorneys after KEATING's divorce in 2015. KEATING hung out with King Firm attorneys occasionally prior to his divorce. Two of KEATING's paralegals worked for King Firm attorneys, one worked for GILES and the other worked for ANTHONY MILAZZO (MILAZZO). GILES was a "work acquaintance" of KEATING. KEATING was aware GILES participated in staged accidents due to GILES' association with LABEAUD. KEATING previously took cases to GILES and BRIAN KING (KING) while they were at Womack's law firm.

LABEAUD mostly dealt with GILES and MILAZZO at the King Firm. KING was on some of the intake sheets. In some instances, GILES and KEATING would be out for lunch and GILES would have to leave to sign up clients. KEATING never worked with VANESSA MOTTA (MOTTA). KEATING talked to SEAN ALFORTISH (ALFORTISH) once regarding settling a case. KEATING did not remember if ALFORTISH was with MedPort or not.

Investigation on 06/13/2024 at New Orleans, Louisiana, United States (In Person)

File # [redacted] Date drafted 06/17/2024

by BRADLEY CHAUNCY, BROWN BRANDON PIERRE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agenc
to be distributed outside your agency.

GOVERNMENT EXHIBIT 45

KEATING believed CORNELIUS GARRISON (GARRISON) set up [redacted] ) accident, but there were no toll records showing contact between GARRISON and [redacted] KEATING never met or talked to GARRISON. KEATING got GARRISON's contact information from the King Firm when they tried to "clean up" sketchy accidents around April or March 2017 or 2018.

KEATING had no experience with "legitimate runners". KEATING did not believe it was reasonable for anyone to bring in that many car or 18-wheeler accidents to a law firm. The 18-wheeler accidents were unique due to their $1 million insurance policies. KEATING maybe took in one (1) 18-wheeler accident every 2 months before working with LABEAUD. LABEAUD brought in at least one (1) 18-wheeler accident a week. KEATING advised it was "statistically virtually impossible" to bring in that many 18-wheeler accidents that all occurred at the same locations under the same circumstances.

KEATING was not aware of a recording between GILES and LABEAUD. LABEAUD saying the accidents were legit would be false. KEATING believed a recording of that nature by GILES and the King Firm would be "to cover their asses."

KEATING recalled the accident involving [redacted] and LABEAUD. KEATING was out of the country on the date of the accident. LABEAUD attempted to call MILAZZO, but he did not answer. LABEAUD then called KEATING.

[redacted]

[redacted]