FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 11/06/2024

RODERICK HICKMAN (HICKMAN) was interviewed at Federal Correctional Institution (FCI) Beaumont, 5560 Knauth Road, Beaumont, Texas 77705. Also participating in the interview was Assistant United States Attorney (AUSA) Brian Klebba. After being advised of the identity of the interviewing Agent and the nature of the interview, HICKMAN provided the following information:

HICKMAN received a letter in the mail from BRIAN KING (KING) stating the King Firm was withdrawing from representing HICKMAN in his car accident case. HICKMAN called [redacted] and she set up a meeting with JASON GILES (JASON), and JASON decided to pick HICKMAN's case back up.

HICKMAN and JASON were the only people in the room during the meeting. HICKMAN believed the purpose of the meeting was to talk about his accident case and JASON stated he needed to ask about interrogatories. JASON and HICKMAN did not have a conversation prior to the recording starting.

[Agent Note: At this point during the interview, an audio recording of a 10/19/2020 meeting between HICKMAN and JASON was played. The recording has been maintained via 1A in the captioned case.]

JASON left the room and came back in, but HICKMAN did not know why. HICKMAN "shut up" when JASON started "talking crazy" about DAMIAN LABEAUD (LABEAUD) and the allegations of fraudulent 18-wheeler accidents. HICKMAN was not sure why he did not pushback on JASON instead of just letting JASON talk. HICKMAN previously told JASON to leave LABEAUD alone. LABEAUD sold pills and cocaine. Once JASON saw HICKMAN did not want to speak about LABEAUD, JASON brought the conversation back to HICKMAN's accident case.

At time mark 19:20, HICKMAN asked JASON "why did you push FatBoy from by you?". FatBoy was a nickname for LABEAUD.

At time mark 21:00, HICKMAN asked JASON if he had LABEAUD recorded, to which JASON responded positively.

An unidentified bald male "ran accidents" with LABEAUD and HICKMAN before he overdosed.

Investigation on 10/31/2024 at Beaumont, Texas, United States (In Person)

File # 209C-NO-3049938 Date drafted 11/04/2024

by BRADLEY CHAUNCY

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

GOVERNMENT EXHIBIT 46

HICKMAN believed JASON "tried to play me like a duck". In hindsight, HICKMAN should have pushed back on JASON during the meeting. JASON knew HICKMAN was represented by CLARENCE ROBY. HICKMAN "kind of sort of" started getting suspicious about the way JASON denied the fraud allegations. JASON paid HICKMAN for accidents directly. Sometimes JASON left HICKMAN's money at the front desk to be picked up.

HICKMAN knew JASON from the [redacted]. HICKMAN stopped going to the [redacted] and afterwards met LABEAUD. LABEAUD told HICKMAN he knew JASON, and JASON started his own firm.

JASON gave HICKMAN $2,000 a month after his surgery. The recording was the first time JASON brought up the $2,000 in conversation.

HICKMAN never met CORNELIUS GARRISON. HICKMAN thought "we were the only ones doing it" in regards to staging accidents. HICKMAN would tell JASON he was bringing in "fish" which meant people who participated in a staged accident.

At time mark 30:00, HICKMAN started lying with JASON and feeding into the lies to see what JASON would say. HICKMAN made up the "100" number in reference to how many accidents LABEAUD brought to JASON.

In the beginning, HICKMAN and JASON were friends. JASON would give HICKMAN things and offered to let him drive his Ferrari.

HICKMAN did not recall the accident that involved [redacted] ([redacted] and [redacted].

HICKMAN remembered the accident involving ANTHONY ROBINSON and KEISHIRA ROBINSON.

HICKMAN did not recall the accident that involved [redacted] LABEAUD, and a Chevy Camaro. HICKMAN advised sometimes LABEAUD would contact HICKMAN to help him stage accidents when HICKMAN lived in Baton Rouge, Louisiana.

HICKMAN remembered the May 11, 2017 accident involving JOSEPH BREWTON, LARRY PICOU, and a Ford Expedition. HICKMAN did not do any accidents with MARIO SOLOMON.

HICKMAN could not recall with certainty if he was present during the June 28, 2017 accident involving TROYLYNN BROWN, HERBERT ALLEN, and a Chevy Impala.