# Government Exhibit 47

# Filed Under Seal

GOVERNMENT
EXHIBIT
47