# Government Exhibit 48

# Filed Under Seal

GOVERNMENT
EXHIBIT
48