FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 03/24/2025

PATRICK KEATING (KEATING), date of birth (DOB) [redacted], was interviewed at the United States Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, New Orleans, Louisiana (LA) 70130. Also present during the interview was KEATING's legal counsel, Brian Capitelli. Participating in the interview were Assistant United States Attorneys (AUSA) Brian Klebba and Matt Payne. After being advised of the identities of the interviewing Agents and the nature of the interview, KEATING provided the following information:

[redacted]

[redacted]

[redacted]

KEATING recalled people involved with MOTTA and CORNELIUS GARRISON (GARRISON)'s accidents would meet at a Burger King in New Orleans East. The circumstances of GARRISON and MOTTA's accident cases were all consistent with KEATING and LABEAUD's accident cases, to include similar meeting locations and the participants traveling towards Slidell, LA.

KEATING never talked to MOTTA. KEATING recalled seeing a list of 20-50 MOTTA accident cases that were suspected to be fraudulent, and KEATING's office "looked into" the cases before getting involved. There were numerous

Investigation on 03/13/2025 at New Orleans, Louisiana, United States (In Person)

File # [redacted] Date drafted 03/13/2025

by BRADLEY CHAUNCY, WILMER MATTHEW

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your ag to be distributed outside your agency.

GOVERNMENT EXHIBIT 49

pleadings from defense attorneys stating MOTTA's cases were fraudulent. KEATING did not have discussions with other attorneys and paralegals in his office about staged accidents.

KEATING did not work with GARRISON or MOTTA. "Everyone" knew GARRISON was MOTTA's runner/slammer. MOTTA did not refer cases to KEATING. JOHNSON's 2018 case may have been the only case KEATING had that came from MOTTA.

KEATING heard SEAN ALFORTISH (ALFORTISH) financed MOTTA's cases. KEATING never met ALFORTISH and did not remember if he knew ALFORTISH was associated with MOTTA at the time. KEATING once talked to ALFORTISH regarding funding one of KEATING's cases.

[redacted].

[redacted]

Around 30% of KEATING's firm's cases were 18-wheeler accident cases while LABEAUD was at his peak.

If KEATING loaned money to clients, he would write a check against their case.

[redacted]