# Government Exhibit 50

# Filed Under Seal

GOVERNMENT EXHIBIT

50