# Government Exhibit 51

# Filed Under Seal

GOVERNMENT EXHIBIT

51