FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 01/09/2026

DAMIAN KEVIN LABEAUD (LABEAUD), date of birth (DOB) [redacted], Social Security Number (SSN) [redacted], address [redacted] was interviewed at Eastern District of Louisiana United States Attorney's Office at 650 Poydras Street, New Orleans, Louisiana 70130. Present for the interview was Assistant United States Attorney Brian Klebba and LABEAUD's attorney Steven Lemoine. After being advised of the identity of the interviewer and nature of the interview, LABEAUD provided the following information:

[redacted]

[redacted] LABEAUD then took his case to the [redacted] where he was assigned JASON GILES (GILES) as his attorney. LABEAUD had a second staged accident that he brought to GILES. While GILES was representing LABEAUD on LABEAUD's second staged, GILES approached LABEAUD. GILES saw LABEAUD bring a large number of cases to the [redacted] and told LABEAUD about it. GILES told LABEAUD that GILES and BRIAN KING (BRIAN) were going to leave [redacted] and open their own law firm and wanted LABEAUD to go with them.

GILES and LABEAUD formed their "alliance" while GILES was working at the [redacted] in one of [redacted] conference rooms. During this meeting GILES and LABEAUD negotiated the amount GILES would pay depending on the type of accident. The payment structure between GILES and LABEAUD was as follows;

Investigation on 12/23/2025 at New Orleans, Louisiana, United States (In Person)

File # [redacted] Date drafted 12/29/2025

by BROWN BRANDON PIERRE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agen[cy] to be distributed outside your agency.

GOVERNMENT EXHIBIT 52

$1,000.00 per person in an 18-wheeler or commercial vehicle accident and $500.00 per person in regular vehicle accidents. LABEAUD stated GILES knew LABEAUD was staging accidents. LABEAUD told GILES "We make these happen" referring to staging of the accidents. LABEAUD introduced HICKMAN to GILES after forming their "alliance".

[redacted]

LABEAUD's stated his definition of a "runner" was a person who gets people together to get to the meeting spot to get into a staged accidents.