FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 01/14/2026

DANNY P. KEATING JR, date of birth (DOB) [redacted], Social Security Number (SSN) [redacted], Louisiana driver's license number (DLN) [redacted] home telephone number [redacted], was interviewed at United States Attorney's Office of the Eastern District of Louisiana at 650 Poydras Street, New Orleans, Louisiana 70130. Present for the interview was KEATING's attorney Brian Capitelli and Assistant United States Attorneys Brian Klebba and Mary Katherine Kaufman. After being advised of the identities of the interviewers and nature of the interview, KEATING provided the following information:

DAMIAN LABEAUD told KEATING about the King chains he purchased for JASON GILES and BRIAN KING. The chains had the word "KING" and crowns on them. LABEAUD asked KEATING if he had ever been in BRIAN KING's office, and if he ever saw the chain, he purchased for him. KEATING replied "Yes", and he saw BRIAN KING's chain in his office hanging on a coat rack.

LABEAUD used terms like "Getting the boat ready to go fishing" and "Going out on the boat" as ways to communicate to KEATING he was going to stage an accident or accidents. KEATING paid LABEAUD approximately $300,000.00 for all the staged accidents LABEAUD brought him.

[redacted]

KEATING put "Advance on Settlement" on checks he paid to LABEAUD, because LABEAUD stated JASON GILES and the King Firm paid him the same way to disguise payments made for staged accidents. KEATING had a joint Christmas Party with the King Firm at Dickie Brennan's Restaurant in approximately 2015. [redacted]

Investigation on 01/06/2026 at New Orleans, Louisiana, United States (In Person)

File # [redacted] Date drafted 01/08/2026

by BROWN BRANDON PIERRE, Joshua Muller

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your ag to be distributed outside your agency.

GOVERNMENT EXHIBIT 53

KEATING and JASON GILES used Verification of Facts affidavits to generate cover for them so they could use the defense that LABEAUD was a runner instead of a "slammer" or someone who purposely caused collisions or staged the collisions. KEATING and JASON GILES could deal with being suspended or disbarred from the Louisiana State Bar but did not want to go to prison. KEATING began withdrawing from LABEAUD cases because his divorce was over, and he no longer needed the extra money.

KEATING discussed the Federal Investigation into the staged accidents with JASON GILES approximately five (5) to ten (10) times. After the meeting JASON GILES and KEATING had at a coffee shop, KEATING spoke to JASON GILES in the King Firm gym and discussed moving LABEAUD to Florida permanently. KEATING and JASON GILES wanted to keep LABEAUD away from the Federal Investigation. JASON GILES agreed with moving LABEAUD out of Louisiana. KEATING then went to ANTHONY MILAZZO's office and told him about moving LABEAUD to Florida permanently. KEATING also mentioned to MILAZZO that JASON GILES and himself agreed on moving LABEAUD permanently. MILAZZO stated "Good, he needs to stay gone". KEATING agreed to pay for LABEAUD's move. JASON GILES and MILAZZO were excited about LABEAUD moving. This conversation may have been the last time KEATING spoke to JASON GILES and MILAZZO in person.

[redacted] handled overflow and conflict cases from the staged accidents the King Firm acquired.