# Government Exhibit 54

# Filed Under Seal

GOVERNMENT
EXHIBIT
54