# Government Exhibit 55

# Filed Under Seal

GOVERNMENT
EXHIBIT

55